| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| District of Delaware |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

**1. Debtor's name**  Charitable DAF HoldCo, Ltd

**2. Debtor's unique identifier**

For non-individual debtors:
☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___
☑ Other 263805. Describe identifier Cayman Registration No.

For individual debtors:
☐ Social Security number:  xxx – xx– ____ ____ ____ ____
☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____
☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**  Margot MacInnis and Sandipan Bhowmik

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  Grand Court of the Cayman Islands Cause No. FSD 116 of 2025 (JAJ)

**5. Nature of the foreign proceeding**
*Check one:*
☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**
☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

| Debtor | Charitable DAF HoldCo, Ltd | Case number (if known) |
|---|---|---|
| | Name | |

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Cayman Islands

   **Debtor's registered office:**

   68 Fort Street
   Number      Street

   P.O. Box 31726
   P.O. Box

   George Town  KY1-1207
   City      State/Province/Region      ZIP/Postal Code

   Cayman Islands
   Country

   **Individual debtor's habitual residence:**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City      State/Province/Region      ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   2nd Floor, Century Yard, Cricket Square
   Number      Street

   P.O. Box 1044
   P.O. Box

   George Town KY1-1102
   City      State/Province/Region      ZIP/Postal Code

   Cayman Islands
   Country

10. **Debtor's website** (URL)    https://dafholdco.com/

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

    ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☑ Other.  Specify: Cayman Islands exempted company

    ☐ Individual

Official Form 401          Chapter 15 Petition for Recognition of a Foreign Proceeding          page 2

Debtor  Charitable DAF HoldCo, Ltd _____  Case number *(if known)* _____
       *Name*

**12. Why is venue proper in *this* district?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Margot MacInnis                               Margot MacInnis
   Signature of foreign representative           Printed name

Executed on  07/21/2025
           MM / DD / YYYY

✗ /s/ Sandipan Bhowmik                              Sandipan Bhowmik
   Signature of foreign representative           Printed name

Executed on  07/21/2025
           MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Jason D. Angelo                   Date  07/21/2025
   Signature of Attorney for foreign representative      MM / DD / YYYY

Jason D. Angelo
Printed name

Reed Smith LLP
Firm name

1201 North Market Street, Suite 1500
Number      Street

Wilmington                          DE           19801
City                                State        ZIP Code

(302) 778-7500                      jangelo@reedsmith.com
Contact phone                       Email address

6009                                DE
Bar number                          State