# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| CHARITABLE DAF HOLDCO, LTD (IN OFFICIAL LIQUIDATION),[1] | Case No. 25-_____ (___) |
| Debtor in a foreign proceeding. | |

**CORPORATE OWNERSHIP STATEMENT OF**
**THE DEBTOR PURSUANT TO RULE 1007(a)(4) AND 7007.1**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Margot MacInnis and Sandipan Bhowmik of Grant Thornton Specialist Services (Cayman) Limited (the "Petitioners"), the duly appointed joint official liquidators of Charitable DAF HoldCo, Ltd (In Official Liquidation) (the "Debtor"), a Cayman Islands exempted company in official liquidation in the Cayman Islands (the "Cayman Proceeding"), which was brought under the supervision of the Grand Court of the Cayman Islands Financial Services Division by an order dated May 6, 2025 (Cause No. FSD 116 of 2025) (JAJ), hereby files this Corporate Ownership Statement of the Debtor Pursuant to Rule 1007(A)(4) And 7007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in support of the *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Verified Petition")[2] for the Debtor, filed contemporaneously herewith.

---

[1] The Debtor is incorporated in the Cayman Islands as an exempted company and registered with registration number 170388. The Debtor's registered office is located at HSM Corporate Services Limited, P.O. Box 31726, 68 Fort Street, George Town, Grand Cayman, KY1-1207, Cayman Islands.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Verified Petition.

As of the date of this statement, the Petitioners submit the below list of corporations that hold 10% or more of the ownership interests in the Debtor. No other parent corporation or publicly held corporation owns 10% or more of the ownership interests of the Debtor.

- <u>Highland Dallas Foundation, Inc.</u>: owns 16.05% of the Debtor's Participating Shares

- <u>Highland Kansas City Foundation, Inc.</u>: owns 16.05% of the Debtor's Participating Shares

- <u>Highland Santa Barbara Foundation, Inc.</u>: owns 16.05% of the Debtor's Participating Shares

- <u>DFW Charitable Foundation</u>: owns 51.04% of the Debtor's Participating Shares

- <u>Mark Patrick</u>: owns 100% of the Debtor's Management Shares

*[Remainder of Page Intentionally Left Blank]*

Dated: July 21, 2025
       Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By:    /s/ Jason D. Angelo
Jason D. Angelo (No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: +1.302.778.7500
Facsimile: +1.302.778.7575
E-mail: jangelo@reedsmith.com

-and-

Casey Laffey, Esq. (*pro hac vice* forthcoming)
Aaron Javian, Esq. (*pro hac vice* forthcoming)
Ian M. Turetsky, Esq. (*pro hac vice* forthcoming)
Richard C. Solow, Esq. (*pro hac vice* forthcoming)
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 100220
Telephone: +1.212.521.5400
Facsimile: +1.713.521.5450
E-mail:  claffey@reedsmith.com
       ajavian@reedsmith.com
       ituretsky@reedsmith.com
       rsolow@reedsmith.com

*Counsel to Margot MacInnis and Sandipan Bhowmik as Joint Official Liquidators of Chapter 15 Debtor*