# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| CHARITABLE DAF HOLDCO, LTD (IN OFFICIAL LIQUIDATION),[1] | Case No. 25-_____ (___) |
| Debtor in a foreign proceeding. | |

**DISCLOSURE PURSUANT TO RULE 1007(a)(4) OF**
**THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Margot MacInnis and Sandipan Bhowmik of Grant Thornton Specialist Services (Cayman) Limited (the "Petitioners"), the duly appointed joint official liquidators of Charitable DAF HoldCo, Ltd (In Official Liquidation) (the "Debtor"), a Cayman Islands exempted company in official liquidation in the Cayman Islands (the "Cayman Proceeding"), which was brought under the supervision of the Grand Court of the Cayman Islands Financial Services Division by an order dated May 6, 2025 (Cause No. FSD 116 of 2025) (JAJ), hereby files this Disclosure Pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in support of the *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Verified Petition") for the Debtor, filed contemporaneously herewith.

**I.    Administrators in Foreign Proceeding Concerning the Debtor**

1.    The Petitioners are the duly authorized foreign representatives of the Debtor in the Cayman Proceeding.  The Petitioners' address is:

---

[1] The Debtor is incorporated in the Cayman Islands as an exempted company and registered with registration number 170388. The Debtor's registered office is located at HSM Corporate Services Limited, P.O. Box 31726, 68 Fort Street, George Town, Grand Cayman, KY1-1207, Cayman Islands.

c/o Grant Thornton Specialist Services (Cayman) Limited
2nd Floor, Century Yard, Cricket Square
P.O. Box 1044
Grand Cayman KY1-1102
Cayman Islands

**II.    Entities Against Whom Provisional Relief is Sought Pursuant to 11 U.S.C. § 1519**

    2.    N/A

**III.    All Parties to Litigation Pending in the United States in which the Debtor is a Party at the Time of the Filing of the Verified Petition**

    3.    Debtor is not a party to any litigation pending in the United States.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 21, 2025
      Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By:    */s/ Jason D. Angelo*
        Jason D. Angelo (No. 6009)
        1201 North Market Street, Suite 1500
        Wilmington, DE 19801
        Telephone: +1.302.778.7500
        Facsimile: +1.302.778.7575
        E-mail: jangelo@reedsmith.com

        -and-

        Casey Laffey, Esq. (*pro hac vice* forthcoming)
        Aaron Javian, Esq. (*pro hac vice* forthcoming)
        Ian M. Turetsky, Esq. (*pro hac vice* forthcoming)
        Richard C. Solow, Esq. (*pro hac vice* forthcoming)
        **REED SMITH LLP**
        599 Lexington Avenue
        New York, NY 100220
        Telephone: +1.212.521.5400
        Facsimile: +1.713.521.5450
        E-mail: claffey@reedsmith.com
                ajavian@reedsmith.com
                ituretsky@reedsmith.com
                rsolow@reedsmith.com

        *Counsel to Margot MacInnis and Sandipan Bhowmik as Joint Official Liquidators of Chapter 15 Debtor*