# EXHIBIT 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| CHARITABLE DAF HOLDCO, LTD (IN OFFICIAL LIQUIDATION),[1] | Case No. 25-_____ (___) |
| Debtor in a foreign proceeding. | |

## STATEMENT OF THE FOREIGN REPRESENTATIVES
## PURSUANT TO SECTION 1515(C) OF THE BANKRUPTCY CODE

Margot MacInnis and Sandipan Bhowmik of Grant Thornton Specialist Services (Cayman) Limited (the "Petitioners"), the duly appointed joint official liquidators of Charitable DAF HoldCo, Ltd (In Official Liquidation) (the "Debtor"), a Cayman Islands exempted company in official liquidation in the Cayman Islands (the "Cayman Proceeding"), which was brought under the supervision of the Grand Court of the Cayman Islands Financial Services Division by an order dated May 6, 2025 (Cause No. FSD 116 of 2025) (JAJ), hereby submit this Statement of Foreign Representatives pursuant to Section 1515(c) of the Bankruptcy Code in support of the *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* for the Debtor, filed contemporaneously herewith.

**I.    Statement of the Foreign Representatives Pursuant to 11 U.S.C. § 1515(c)**

The Petitioners, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America, as follows:

---

[1] The Debtor is incorporated in the Cayman Islands as an exempted company and registered with registration number 170388. The Debtor's registered office is located at HSM Corporate Services Limited, P.O. Box 31726, 68 Fort Street, George Town, Grand Cayman, KY1-1207, Cayman Islands.

1. We are the duly authorized "foreign representatives" of the Debtor in the Cayman Proceeding, as that term is defined in section 101(24) of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

2. The Cayman Proceeding is a "foreign proceeding" as that term is defined in section 101(23) of the Bankruptcy Code.

3. We have been informed that section 1515(c) of the Bankruptcy Code provides that a "petition for recognition shall also be accompanied by a statement identifying all foreign proceedings with respect to the debtor that are known to the foreign representative."

4. Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to the best of our knowledge, the Cayman Proceeding is the only known pending "foreign proceeding" with respect to the Debtor as that term is defined in section 101(23) of the Bankruptcy Code.

[*Signature Page Follows*]

Dated: July 21, 2025
      Cayman Islands

By:   */s/ Margot MacInnis*
     Margot MacInnis
     Petitioner

-and-

By:   */s/ Sandipan Bhowmik*
     Sandipan Bhowmik
     Petitioner