| Exhibit | Title/Description |
|---|---|
| 1 | Supervision Order in the Grand Court of the Cayman Islands FSD2025-0116 (JAJ) |
| 2 | Curriculum Vitae of Margot MacInnis |
| 3 | Certificate of Incorporation - Charitable DAF Holdco, Ltd |
| 4 | Charitable DAF HoldCo Articles of Association |
| 5 | Amended and Restated Memorandum and Articles of Association of Charitable DAF HoldCo, Ltd |
| 6 | Register of Members Charitable DAF Holdco Ltd |
| 7 | Resolutions of the Sole Director (100 mgmt shares) |
| 8 | Share Transfer (100 Mgmt Shares) from Grant James Scott to Mark E. Patrick |
| 9 | Director Resolutions - Appointment of Paul Murphy |
| 10 | Director Report of Charitable DAF Holdco, Ltd |
| 11 | IRS Determination Letter to Highland Dallas Foundation |
| 12 | Share Transfer Form |
| 13 | Highland Dallas Foundation Share Transfer |
| 14 | IRS Determination Letter to Highland Kansas City Foundation |
| 15 | Highland Kansas City Foundation Share Transfer |
| 16 | IRS Determination Letter to Highland Santa Barbara Foundation |
| 17 | Highland Santa Barbara Foundation Share Transfer |
| 18 | IRS Determination Letter to CFNT |
| 19 | Share Transfer Form of CFNT |
| 20 | DFW Share Transfer |
| 21 | Director Resolutions (Share Issuance to DFW) |
| 22 | December 2023 Register of Directors of Charitable DAF Holdco Ltd |
| 23 | Highland Dallas Foundation SO Agreement |
| 24 | Highland Kansas City Foundation SO Agreement |
| 25 | Highland Santa Barbara Foundation SO Agreement |
| 26 | Highland Dallas Foundation Certificate of Formation |
| 27 | Highland Kansas City Foundation Certificate of Formation |
| 28 | Highland Santa Barbara Foundation Certificate of Formation |
| 29 | Highland Dallas Foundation By-Laws |
| 30 | Highland Kansas City Foundation By-Laws |
| 31 | Highland Santa Barbara Foundation By-Laws |
| 32 | Structure chart of the DAF Structure prior to the Relevant Transactions |
| 33 | Structure chart of the DAF Structure after to the Relevant Transactions |
| 34 | Certificate of Registration of Charitable DAF Fund LP |
| 35 | A&R Exempted Limited Partnership Agreement of Charitable DAF Fund, LP |
| 36 | Second A&R Exempted Limited Partnership Agreement of Charitable DAF Fund, LP |
| 37 | Charitable DAF GP LLC Managing Member Consent to Assignment to CDH GP Ltd |
| 38 | Section 10- Replacement of Charitable DAF GP LLC |
| 39 | Register of Members for CDH GP Ltd |
| 40 | CLO HoldCo, Ltd Register of Members as of 5.19.2021 |
| 41 | CLO HoldCo, Ltd CORIS Report |
| 42 | CLO HoldCo, Ltd - Members & Articles of Association |
| 43 | CLO HoldCo, Ltd Certificate of Incorporation |
| 44 | Director Resolutions to Transfer Fund from HoldCo to CDM for CDM Shares |
| 45 | Deed of Assignment & Assumption to CDM |
| 46 | Director Resolutions - Redemption of CDM Shares |
| 47 | CDM Certificate of Formation |
| 48 | CDM LLC Agreement |
| 49 | Certificate of Incorporation of DFW Charitable Foundation |
| 50 | March 2025 ValueScope Valuation of Participation Shares of HoldCo |
| 51 | September 2024 ValueScope Valuation |
| 52 | Letter Agreement |
| 53 | CDM Redemption Agreement (Amendment #1) |
| 54 | CDM Redemption Agreement (Amendment #2) |
| 55 | CDM Manager Consent to Admission and Redemption |
| 56 | Expenses |
| 57 | 09.13.2024 Director Resolutions re. M. Patrick Compensation |
| 58 | 10.01.2024 - Director Resolutions re. M. Patrick Compensation |
| 59 | Statement of Claim |
| 60 | No Confidence Letter |
| 61 | Email from Mr Murphy to Mr Patrick |
| 62 | Email from Walkers to the Directors |
| 63 | Walkers Presentation - Participating Shareholder Rights Charitable DAF HoldCo Ltd |
| 64 | Emails (Julie Diaz, Paul Murphy, Michael Stockham) |
| 65 | Charitable DAF Holdco Resolutions re Voluntary Liquidation |
| 66 | Walkers Letter re Charitable DAF Holdco in Voluntary Liquidation |
| 67 | Supervision Petition in the Grand Court of the Cayman Islands FSD 2025-0116 (JAJ) |
| 68 | Charitable DAF HoldCo - Gazette - Notice of Appointment JOL |
| 69 | Charitable DAF HoldCo - Compass - Notice of First Meeting of Contributories |
| 70 | February 14, 2025 Seyfarth Letter |
| 71 | February 27, 2025 H&K Letter |
| 72 | Seyfarth Letter to IRS |
| 73 | Director Resolutions - Assignment of Contracts to CDM |

| | |
|---|---|
| 74 | Sole Voting Shareholder Resolutions (Voluntary Liquidation) |
| 75 | March 2025 Emails (D. Mancion & D. Rosenberg) |
| 76 | April 2025 Emails (D. Mancion & D. Rosenberg) |
| 77 | J&E Petition |
| 78 | Companies Act |
| 79 | Winding Up Rules |
| 80 | Filed Resolutions re Change of Registered Office - Charitable DAF Holdco, Ltd |
| 81 | Various May & June 2025 Letters and Drafts of the Protocol |
| 82 | Injunction Application |
| 83 | Hr'g Tr. 132:10-11, In re Highland Capital Management, L.P., No. 19-34054-sgj-11, Bankr. N.D. Tex. (Dallas Div.) Jun. 8, 2021, ECF No. 2440 |
| 84 | Charitable DAF Fund, LP Register of Members as of 5.19.2021 |
| 85 | Supporting Organizations Texas Business Court TRO Petition |
| 86 | Paul Murphy 12.4.2024 Presentation Slides |
| 87 | 12.18.2024 Carrington Coleman Email |
| 88 | Proposed Order (Rule 11 Agreement) |
| 89 | Final Rule 11 Agreement |
| 90 | Defendants' MTD & Plea to the Jurisdiction |
| 91 | Haynes & Boone Memo |
| 92 | Mark Patrick Employment Agreement |
| 93 | March 2025 ValueScope Valuation Membership Interests of CDM |
| 94 | Certificate of Incorporation - CDH GP, Ltd. |