# EXHIBIT 3

WK–263805

# Certificate Of Incorporation

I, **FLOSSIEBELL M. MARAGH** Assistant Registrar of Companies of the Cayman Islands DO HEREBY CERTIFY, pursuant to the Companies Law CAP. 22, that all requirements of the said Law in respect of registration were complied with by

**Charitable DAF HoldCo, Ltd**

an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the 27th day of October Two Thousand Eleven

Given under my hand and Seal at George Town in the Island of Grand Cayman this 27th day of October Two Thousand Eleven



**Assistant Registrar of Companies,
Cayman Islands.**

WK–263805

# Certificate Of Incorporation

I, **FLOSSIEBELL M. MARAGH** Assistant Registrar of Companies of the Cayman Islands DO HEREBY CERTIFY, pursuant to the Companies Law CAP. 22, that all requirements of the said Law in respect of registration were complied with by

**Charitable DAF HoldCo, Ltd**

an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the 27th day of October Two Thousand Eleven

Given under my hand and Seal at George Town in the Island of Grand Cayman this 27th day of October Two Thousand Eleven

CERTIFIED TO BE A TRUE AND CORRECT COPY

Sig.. *[signature]*
Flossiebell M. Maragh
Assistant Registrar
Date  27 October  2011

(SGD. FLOSSIEBELL M. MARAGH)

**Assistant Registrar of Companies, Cayman Islands.**

*[Seal: REGISTRAR OF COMPANIES — EXEMPTED — CAYMAN ISLANDS]*

WK−263805

# Certificate Of Incorporation

I, **FLOSSIEBELL M. MARAGH** Assistant Registrar of Companies of the Cayman Islands DO HEREBY CERTIFY, pursuant to the Companies Law CAP. 22, that all requirements of the said Law in respect of registration were complied with by

### Charitable DAF HoldCo, Ltd

an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the 27th day of October Two Thousand Eleven

Given under my hand and Seal at George Town in the Island of Grand Cayman this 27th day of October Two Thousand Eleven

CERTIFIED TO BE A TRUE AND CORRECT COPY

Sig.. 
Flossiebell M. Maragh
Assistant Registrar
Date   27 October   2011

(SGD. FLOSSIEBELL M. MARAGH)

**Assistant Registrar of Companies, Cayman Islands.**

REGISTRAR OF COMPANIES
EXEMPTED
CAYMAN ISLANDS