# EXHIBIT 10



## Director Details

Entity Name:  **CHARITABLE DAF HOLDCO, LTD**

| Director Name |
|---|
| Mark E. Patrick |
| Paul Murphy |

Back to Entity Search    View Receipt

**Terms & Conditions**
General Registry | Ground Floor, Government Admin Building, Grand Cayman, Cayman Islands