# EXHIBIT 12

**CHARITABLE DAF HOLDCO, LTD**
**(THE "COMPANY")**

---

**WRITTEN RESOLUTIONS OF THE SOLE DIRECTOR**
**OF THE COMPANY DATED NOVEMBER 30, 2011**

---

**1.    PARTIPATING SHARE TRANSFER UPON DISSOLUTION OF THE HIGHLAND CAPITAL MANAGEMENT PARTNERS CHARITABLE TRUST #2**

1.1    **IT IS NOTED** that the Director has received a duly executed share transfer form relating to the proposed transfer by The Highland Capital Management Partners Charitable Trust #2 of 100 Participating Shares to each of the three transferees listed below upon the dissolution of The Highland Capital Management Partners Charitable Trust #2.

1.2    **IT IS RESOLVED** that:

(a)    the following share transfers (the "**Transfers**") be approved with effect from the date of dissolution of The Highland Capital Management Partners Charitable Trust #2 on November 30, 2011:

| TRANSFEROR | TRANSFEREE | NO OF SHARES |
| --- | --- | --- |
| The Highland Capital Management Partners Charitable Trust #2 | Highland Kansas City Foundation, Inc. | 100 Participating Shares |
| The Highland Capital Management Partners Charitable Trust #2 | Highland Dallas Foundation, Inc. | 100 Participating Shares |
| The Highland Capital Management Partners Charitable Trust #2 | Highland Santa Barbara Foundation, Inc. | 100 Participating Shares |

(b)    Walkers Corporate Services Limited be instructed to update the Register of Members of the Company to reflect the Transfers.

_____
Grant Scott
Director