# EXHIBIT 13

CHARITABLE DAF HOLDCO, LTD
(THE "COMPANY")

SHARE TRANSFER FORM
DATED NOVEMBER 30, 2011

The **Highland Capital Management Partners Charitable Trust #2** (the "**Transferor**") for good and valuable consideration received by it from Highland Dallas Foundation, Inc. (the "**Transferee**"), does hereby transfer to the Transferee 100 Participating Shares of a par value of **US$0.01** each.

| | |
|---|---|
| **SIGNED** for and behalf of **The Highland Capital Management Partners Charitable Trust #2** ) ) ) ) ) ) ) | _[signature]_<br>Duly Authorised Signatory<br>Name: GRANT SCOTT<br>Title: TRUSTEE |

78673.000002 EMF_US 37956820v1