# EXHIBIT 14

INTERNAL REVENUE SERVICE                    DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH  45201

Date:    **MAR 2 1 2013**          Employer Identification Number:
                                    45-3961865
                                   DLN:
HIGHLAND KANSAS CITY FOUNDATION INC     17053066302032
C/O HUNTON & WILLIAMS LLP          Contact Person:
DOUGLAS M MANCINO                   GREGORY WOO            ID# 95340
550 SOUTH HOPE ST STE 2000         Contact Telephone Number:
LOS ANGELES, CA  90071               (877) 829-5500
                                   Accounting Period Ending:
                                     December 31
                                   Public Charity Status:
                                     509(a)(3)
                                   Form 990 Required:
                                     Yes
                                   Effective Date of Exemption:
                                     November 23, 2011
                                   Contribution Deductibility:
                                     Yes
                                   Addendum Applies:
                                     Yes


Dear Applicant:

We are pleased to inform you that upon review of your application for tax
exempt status we have determined that you are exempt from Federal income tax
under section 501(c)(3) of the Internal Revenue Code.  Contributions to you are
deductible under section 170 of the Code.  You are also qualified to receive
tax deductible bequests, devises, transfers or gifts under section 2055, 2106
or 2522 of the Code.  Because this letter could help resolve any questions
regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified
as either public charities or private foundations.  We determined that you are
a public charity under the Code section(s) listed in the heading of this
letter.

Specifically, we have determined that you are a Type I supporting organization
under section 509(a)(3).  A Type I supporting organization is operated,
supervised, or controlled by one or more publicly supported organizations.

Please see enclosed Publication 4221-PC, Compliance Guide for 501(c)(3) Public
Charities, for some helpful information about your responsibilities as an
exempt organization.


                                              Letter  947 (DO/CG)

-2-

HIGHLAND KANSAS CITY FOUNDATION INC

Sincerely

Holly O. Paz
Director, Exempt Organizations
Rulings and Agreements

Enclosure:   Publication 4221-PC

Letter  947 (DO/CG)