# EXHIBIT 15

CHARITABLE DAF HOLDCO, LTD
(THE "COMPANY")

SHARE TRANSFER FORM
DATED NOVEMBER 30, 2011

The Highland Capital Management Partners Charitable Trust #2 (the "Transferor") for good and valuable consideration received by it from Highland Kansas City Foundation, Inc. (the "Transferee"), does hereby transfer to the Transferee 100 Participating Shares of a par value of US$0.01 each.

| | |
|---|---|
| SIGNED for and behalf of **The Highland Capital Management Partners Charitable Trust #2** ) ) ) ) ) ) | _[signature]_<br>Duly Authorised Signatory<br>Name: GRANT SCOTT<br>Title: TRUSTEE |