# EXHIBIT 17

**CHARITABLE DAF HOLDCO, LTD**
**(THE "COMPANY")**

**SHARE TRANSFER FORM**
**DATED NOVEMBER 30, 2011**

**The Highland Capital Management Partners Charitable Trust #2** (the "**Transferor**") for good and valuable consideration received by it from Highland Santa Barbara Foundation, Inc. (the "**Transferee**"), does hereby transfer to the Transferee 100 Participating Shares of a par value of **US$0.01** each.

| | |
|---|---|
| SIGNED for and behalf of **The Highland Capital Management Partners Charitable Trust #2** ) ) ) ) ) ) ) | _[signature]_<br>Duly Authorised Signatory<br>Name: GRANT SCOTT<br>Title: TRUSTEE |

78673.000002 EMF_US 37956832v1