# EXHIBIT 22



Registration No.: **263805**
Client No.: **KY059904**

REGISTER OF DIRECTORS
FOR:
**CHARITABLE DAF HOLDCO, LTD**

| Name & Address | Office Held | Date of Appointment | Date of Resignation |
|---|---|---|---|
| **WNL Limited** <br> Walkers Corporate Services Limited; Walker House; 87 Mary Street; George Town; Grand Cayman KY1-9005; Cayman Islands. | Director | 04 Nov 2011 | 04 Nov 2011 |
| **Grant James Scott** <br> Highland Capital Managment, L.P.; 13455 Noel Road, Suite 800; Dallas; Texas 75240; USA. | Director | 04 Nov 2011 | 25 Mar 2021 |
| **Mark E. Patrick** <br> 6716 Glenhurst Dr, Dallas, Texas, TX 75254; USA. | Director | 25 Mar 2021 | |
| **Paul Murphy** <br> Windsor Village, Unit #24; South Sound; Grand Cayman; Cayman Islands. | Director | 22 Apr 2021 | |

Date printed: 18 December, 2023                                                                                    INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED

[1 / 1]