# EXHIBIT 32

# Before

