# EXHIBIT 33

# Current – DAF Holdco



**440**