# EXHIBIT 34

Case 1:23-cv-01346-JSR Document 125 Filed 11/01/23 Page 266 of 290
Case 1:19-cv-03457-JSR Document 40-2 Filed 10/10/19 Page 25 of 29
Exhibit 4 - Charitable Respondents Response and Disclosures    Page 96 of 307
**EXHIBIT 4**



WK-53083

# Certificate of Registration of Exempted Limited Partnership

I, **JOY A. RANKINE** Assistant Registrar of Exempted Limited Partnership in the Cayman Islands DO HEREBY CERTIFY, pursuant to the Exempted Limited Partnership Law, 1991 that all the requisitions of the said Law in respect of registration were complied with by

**Charitable DAF Fund, LP**

an Exempted Limited Partnership registered in the Cayman Islands on the 28th day of October Two Thousand Eleven

Given under my hand and Seal at George Town in the Island of Grand Cayman this 28th day of October Two Thousand Eleven

Assistant Registrar of Exempted Limited Partnership
Cayman Islands.

PATRICK_000040