# EXHIBIT 38

**STATEMENT IN TERMS OF SECTION 10**
**OF THE EXEMPTED LIMITED PARTNERSHIP ACT (AS AMENDED)**

---

**CHARITABLE DAF FUND, LP**
**(THE "PARTNERSHIP")**

Whereas the general partner of the Partnership was changed on _____7 March 2024_____, the following revisions to the details previously filed in the Section 9 Statement for the Partnership are made and filed:

1. General Partner:   CDH GP, Ltd., a Cayman Islands exempted company at Floor 4, Willow House, Cricket Square, Grand Cayman KY1-9010, Cayman Islands

*[signature]*

For and on behalf of Charitable DAF GP, LLC
(General Partner of the Partnership)
BY: Mark E. Patrick, Managing Member

Dated:   3/7/2024

29801652.1.C8689.187150