# EXHIBIT 39

Date of Incorporation: 27 February 2024

REGISTER OF MEMBERS
FOR:
**CDH GP, LTD.**

Share Class:  Ordinary
Voting: Yes
Conditional: No
Nominal Value:

| Member Name & Address | Date Entered as a Member | Transaction Type | Number of Shares | Notes | Cert # | % Paid | Total Share Holding | Date Ceased to be a Member |
|---|---|---|---|---|---|---|---|---|
| WNL Limited, 190 Elgin Avenue, George Town, Grand Cayman KY1-9001, Cayman Islands | 27 February 2024 | Allotment | 1.00 | 27 February 2024: Subscriber's share issued by operation of law on registration | No Cert | 100 | 1.00 | |
| | | Transfer | (1.00) | 27 February 2024: Transfer of 1.00 Ordinary share from WNL Limited to Mark Patrick pursuant to resolution dated 27 February 2024 | | | (1.00)<br><br>Nil | 27 February 2024 |
| Mark Patrick, 6716 Glenhurst Dr., Dallas, Texas, 75254, United States of America | 27 February 2024 | Transfer | 1.00 | 27 February 2024: Transfer of 1.0 Ordinary share from WNL Limited to Mark Patrick pursuant to resolution dated 27 February 2024 | No Cert | 100 | 1.00 | |

Notes:

29753843.2.C8689.187150

Date of Incorporation: 27 February 2024

REGISTER OF DIRECTORS
FOR:
**CDH GP, LTD.**

| Name & Address | Office Held | Date of Appointment | Date of Resignation |
|---|---|---|---|
| WNL Limited, 190 Elgin Avenue, George Town, Grand Cayman KY1-9001, Cayman Islands | Director | 27 February 2024 | 27 February 2024 |
| Mark  Patrick 6716 Glenhurst Dr.  Dallas, Texas, 75254, United States of America | Director | 27 February 2024 | |
| | | | |

Date of Incorporation: 27 February 2024

REGISTER OF OFFICERS
FOR:
**CDH GP, LTD.**

| Name & Address | Office Held | Date of Appointment | Date of Resignation |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

29753843.2.C8689.187150

Date of Incorporation: 27 February 2024

REGISTER OF MORTGAGES AND CHARGES
FOR:
**CDH GP, LTD.**

| Entry No. | Date of Charge | Charge Instrument | Description of Property Charged | Amount of Charge Created | Names of Mortgagees or Person entitled to Charge | Date of Discharge |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Notes: