# EXHIBIT 41



# Search Report

| | |
|---|---|
| **Entity Name :** | CLO HoldCo, Ltd. |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 249232 |
| **Registration Date :** | 13th December 2010 |
| **Entity Type :** | EXEMPT |
| **Registered Office :** | CAMPBELLS CORPORATE SERVICES LIMITED Floor 4 Willow House, Cricket Square Grand Cayman  KY1-9010 Cayman Islands |

| | |
|---|---|
| **Status :** | ACTIVE |
| **Status Date :** | 13th December 2010 |

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

Authorisation Code : 877697100783
www.verify.gov.ky
23 April 2025