# EXHIBIT 43

I, Shawnalee Henry, a duly admitted Notary Public in and for the Cayman Islands, HEREBY CONFIRM that this is a true and correct copy of the original.

*SHenry*

**Shawnalee Henry**
**Notary Public in the Cayman Islands**
**Floor 4, Willow House, Cricket Square**
**Grand Cayman, KY1-9010, Cayman Islands**
My Commission expires: 31 January, 2024
T: + 1 345 949 2648
E: SHenry@Campbellslegal.com
Date: 24 January 2024

WK-249232

# Certificate Of Incorporation

I, **V. DAPHENE WHITELOCKE** Assistant Registrar of Companies of the Cayman Islands DO HEREBY CERTIFY, pursuant to the Companies Law CAP. 22, that all requirements of the said Law in respect of registration were complied with by

**CLO HoldCo, Ltd.**

an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the 13th day of December Two Thousand Ten

Given under my hand and Seal at George Town in the Island of Grand Cayman this 13th day of December Two Thousand Ten



Assistant Registrar of Companies, Cayman Islands.