# EXHIBIT 68

THE COMPANIES ACT (AS AMENDED)

NOTICE OF APPOINTMENT OF OFFICIAL LIQUIDATORS

**Charitable DAF HoldCo, Ltd - In Official Liquidation (the "Company")**
**Registration No: 263805**
**Grand Court FSD Cause No: 0116-2025 (JAJ)**

**TAKE NOTICE** that by order of the Grand Court made on 6 May 2025, that the Company, registration number 263805 whose registered office is situated at Campbells Corporate Services Limited, Floor 4, Willow House, Cricket Square, Grand Cayman, KY1-9010, Cayman Islands, was ordered to be wound up in accordance with the Companies Act (As Amended).

**AND FURTHER TAKE NOTICE** that Margot MacInnis and Sandipan Bhowmik of Grant Thornton Specialist Services (Cayman) Limited, 2nd Floor, Century Yard, Cricket Square, PO Box 1044, Grand Cayman, Cayman Islands KY1-1102 ("**GTSS**"), were appointed as the Joint Official Liquidators ("**JOLs**") of the Company.

Creditors of the Company are invited to prove their debts or claims and to establish any title they may have under the Companies Act (As Amended). The proof of debt form can be requested by contacting us via the email below.

Dated this 7th day of May 2025

**Contact for enquiries:**
Margot MacInnis / Sandipan Bhowmik
Telephone: +1 (345) 949 7100
Email: cdaf.core@uk.gt.com

**Mailing address for service:**
2nd Floor, Century Yard
Cricket Square
PO Box 1044
Grand Cayman
Cayman Islands, KY1-1102