# EXHIBIT 69

## NOTICE OF FIRST MEETING OF CONTRIBUTORIES

**Charitable DAF HoldCo, Ltd. - In Official Liquidation (the "Company")**

**Registration No: 263805**

**Grand Court Cause No: FSD 116-2025 (JAJ)**

**NOTICE OF THE FIRST MEETING OF CONTRIBUTORIES** of the Company is to be held on 9 July 2025 at 9.00am (Cayman time) at the offices of Grand Thornton Specialist Services (Cayman) Limited.

Attendance by telephone conference will also be possible. Those contributories wishing to attend the meeting by this means are required to advise the JOLs of their intention to do so, and apply for confidential dial-in details, by no later than 4:00pm (Cayman time) on 4 July 2025 at the contact for enquiries listed below.

Corporate contributories entitled to attend the meeting in person or by telephone conference must appoint a proxy by completing and returning a proxy form, which you may also obtain by contacting the JOLs.

The completed proxy form must be returned to the offices of Grant Thornton Specialist Services (Cayman) Limited or submitted by email to the e-mail address listed below by 4:00pm (Cayman time) on 4 July 2025.

Dated: 2 June 2025

**Margot MacInnis**
Joint Official Liquidator

**Contact for enquiries:**
Margot MacInnis / Sandipan Bhowmik
Telephone: +1 (345) 949 7100
Email: CDAF.Core@uk.gt.com

**Mailing address for service:**
2nd Floor, Century Yard
Cricket Square
PO Box 1044
Grand Cayman
Cayman Islands, KY1-1102