# EXHIBIT 80

**Charitable DAF HoldCo, Ltd (In Official Liquidation)**
**(the "Company")**
**Registration No: 263805**
**Grand Court Cause No: FSD 116 of 2025 (JAJ)**

---

**Written resolutions of the Joint Official Liquidators of the Company**

---

**WHEREAS**

- The Company is currently in official liquidation and under the control of the Joint Official Liquidators, Sandipan Bhowmik and Margot MacInnis, both of Grant Thornton Specialist Services (Cayman) Limited (the "**JOLs**") having been appointed by the Grand Court of the Cayman Islands on 6 May 2025;

- The Company's registered office is presently situated at Campbells Corporate Services Limited, Floor 4, Willow House, Cricket Square, George Town, Grand Cayman KY1-9010, Cayman Islands; and

- The JOLs consider it in the best interests of the liquidation to transfer the registered office of the Company to HSM Corporate Services Ltd, 68 Fort Street, George Town, PO Box 31726, Grand Cayman KY1-1207, Cayman Islands.

**IT IS HEREBY RESOLVED THAT:**

1. The registered office of the Company be transferred from Campbells Corporate Services Limited to HSM Corporate Services Ltd, with effect from 1 July 2025.

2. The JOLs be and are hereby authorised to take all necessary steps and execute all documents required to give effect to this resolution, including instructing HSM Corporate Services Ltd to attend to the necessary filings with the Registrar of Companies in relation to this matter.

Dated this 1st day of July 2025.

_____          _____
Sandipan Bhowmik                                          Margot MacInnis
Joint Official Liquidator                                   Joint Official Liquidator

Grant Thornton Specialist Services (Cayman) Limited
2nd Floor, Century Yard, Cricket Square,
PO Box 1044, Grand Cayman, KY1-1102
Cayman Islands,
T: +1(345) 949 7100
E: cdaf.core@uk.gt.com



*Filed: 02-Jul-2025 10:57 EST*
www.verify.gov.ky File#: 263805                            Auth Code: D34568232717