# EXHIBIT 83

Patrick - Direct                                                    132

```
 1   Q   Of all the people in the world, Mr. Scott decided to
 2   transfer it to you, correct?
 3   A   Yeah.  Mr. Scott transferred those interests to me.
 4   Q   Okay.  And you accepted them, right?
 5   A   Yes.
 6   Q   You're not getting paid anything for taking on this
 7   responsibility, correct?
 8   A   I am not paid by any of the entities depicted on this
 9   chart.
10   Q   And Mr. Scott used to get $5,000 a month, didn't he?
11   A   I believe that's what he testified to.
12   Q   Yeah.  But you don't get anything, right?
13   A   Correct.
14   Q   In fact, you get the exact same salary and compensation
15   from Skyview that you had before you became the authorized
16   representative of the DAF entities and CLO Holdco.  Correct?
17   A   Correct.
18           MR. MORRIS:  Okay.  Your Honor, if I may just take a
19   moment, I may be done.
20           THE COURT:  Okay.
21       (Pause.)
22           MR. MORRIS:  Your Honor, I have no further questions.
23           THE COURT: All right.  Pass the witness.  Any
24   examination of the witness?
25                         CROSS-EXAMINATION
```