# EXHIBIT 84

Case 1:19-cv-04355-ER Document 469-2 Filed 06/25/21 Page 2 of 2
Case 9:18-cv-80176-BB Document 692-4 Entered on FLSD Docket 09/16/2020 Page 120 of 200
Exhibit 4 - Charitable Respondents Response and Disclosures    Page 120 of 307

**EXHIBIT 4**



Registration No.: **53083**
Date of Incorporation: **28 October 2011**
Client No.: **KY059900**

REGISTER OF MEMBERS
FOR:
**CHARITABLE DAF FUND, LP**

| Share Class: | **General Partner** |
|---|---|
| Nominal Value: | **USD 0.00** |
| Voting Rights: | Yes |
| Conditional: | NO |

| Member Name & Address | Date Entered as a Member | Transaction Type | Number of Shares | Notes | Cert # | % Paid | Total Share Holding | Date Ceased to be a Member |
|---|---|---|---|---|---|---|---|---|
| **CHARITABLE DAF GP, LLC**<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St<br>New Castle<br>19801 Wilmington<br>DE<br>USA | 25 Oct 2011 | New Partner | 1.00 | 25 Oct 2011 : Initial Exempted Limited Partnership Agreement dated 25 Oct 2011 | No Cert | | | |
| | | | | | | **Nil** | **1.00** | |

Notes:

Date printed: 19 May, 2021

INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED

[1 / 1]

PATRICK_000016