# EXHIBIT 94

*CB-407515*

# Certificate Of Incorporation

I, **JOY A. RANKINE** *Assistant Registrar of Companies of the Cayman Islands DO HEREBY CERTIFY, pursuant to the Companies Act, that all requirements of the said Act in respect of registration were complied with by*

**CDH GP, Ltd.**

*an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the 27th day of February Two Thousand Twenty-Four*

*Given under my hand and Seal at George Town in the Island of Grand Cayman this 27th day of February Two Thousand Twenty-Four*



**Assistant Registrar of Companies,
Cayman Islands.**

Authorisation Code : 241009667437
www.verify.gov.ky
28 February 2024