**EXHIBIT A**

Revised Proposed Order

(Attached)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| CHARITABLE DAF HOLDCO, LTD. (In Official Liquidation),[1] | Case No. 25-11376 (BLS) |
| Debtor in a foreign proceeding. | **Re:  D.I. 6** |

**ORDER SCHEDULING A HEARING ON CHAPTER 15
PETITION AND RELATED RELIEF AND SPECIFYING
FORM AND MANNER OF SERVICE OF NOTICE**

Upon consideration of the *Motion of Petitioners for Entry of an Order Scheduling a Hearing on Chapter 15 Petition for Recognition and Related Relief and Specifying Form and Manner of Service of Notice* [D.I. 6] (the "Motion")[2] filed by counsel for Margot MacInnis and Sandipan Bhowmik, solely in their capacities as the duly authorized joint official liquidators and authorized foreign representatives (the "JOLs" or the "Petitioners") of Charitable DAF Holdco, Ltd. (In Official Liquidation) ("Debtor") for entry of an order (this "Order") under sections 105(a), 1514, and 1515 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007: (i) scheduling a hearing to consider the recognition of the Cayman Proceeding as a foreign main proceeding under chapter 15 of the Bankruptcy Code (the "Recognition Hearing") and approving the form and manner of service of notice, substantially in the form attached to this Order as Exhibit 1 (the "Recognition Hearing Notice"), all as more fully described in the Motion; (ii) setting the deadline by which any responses or objections to the *Official Form 401 Petition* [D.I. 1] and the *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign*

---

[1]  The Debtor is incorporated in the Cayman Islands as an exempted company and registered with registration number 170388.  The Debtor's registered office is located at HSM Corporate Services Limited, P.O. Box 31726, 68 Fort Street, George Town, Grand Cayman, KY1-1207, Cayman Islands.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

*Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Verified Petition") [D.I. 3] (together, the "Petition") must be received; (iii) approving the form of Recognition Hearing Notice; and (iv) approving the manner of service of the Recognition Hearing Notice; and the Court having found that (a) it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware (Sleet, C.J.), dated as of February 29, 2012, (b) the Motion and the relief requested thereby is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and (c) due and sufficient notice of the Motion has been given and no other notice is necessary; and the Debtor asserting venue of this proceeding being proper before the Court pursuant to 28 U.S.C. § 1410(1) and (3); and it appearing that the relief requested in the Motion is in the best interests of the Debtor and other parties in interest in this Chapter 15 Case; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth in this Order.

2.      The Recognition Hearing is scheduled for **August 14, 2025 at 11:00 a.m. (Eastern)**.

3.      All responses, answers, or objections to the Petition or the relief sought thereby must (i) be made pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (ii) be in writing, (iii) set forth in detail the factual and legal bases therefor, (iv) be filed with the Office of the Clerk of the Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and (v) be served upon counsel for the Petitioners, Reed Smith LLP, 1201 North Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Jason D. Angelo, Esq.) and Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Aaron Javian, Esq. and Richard C. Solow, Esq.), so as to be actually received **on or before August 7, 2025 at 4:00 p.m. (Eastern)**.

4.      The Recognition Hearing Notice in the form attached to this Order as **Exhibit 1** is approved.

5.      Pursuant to Bankruptcy Rule 2002(q) and Local Rule 2002-1(b), the Petitioners will serve, or cause to be served, copies of the Recognition Hearing Notice and the Petition (collectively, the "Notice Documents") via hand delivery, overnight courier, or domestic or foreign mail, first-class postage prepaid, or, for entities with addresses that are not in the United States, by electronic mail, two (2) business days after entry of this Order (or as soon thereafter as is reasonably practicable) upon the following parties and their counsel, if known (collectively, the "Notice Parties"): (i) the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Joseph J. McMahon, Jr.); (ii) the Debtor; (iii) all persons or bodies authorized to administer foreign proceedings of the Debtor, including the Cayman Proceeding; (iv) all entities against whom provisional relief is being sought under section 1519 of the Bankruptcy Code; (v) all known creditors and contract counterparties of the Debtor in the United States; (vi) all parties to litigation pending in the United States to which the Debtor is a party at the time of the filing of the Petition; (vii) all parties that have filed a notice of appearance in the Chapter 15 Case; (viii) all other parties that have requested notice in these cases pursuant to Bankruptcy Rule 2002; (ix) any other party identified on the "Notice List" attached as **Exhibit 2** to this Order; and (x) such other parties as this Court may direct.

6.      In the event any party files a notice of appearance in the Chapter 15 Case subsequent to the Petitioners' initial service of the Notice Documents as provided in this Order, the Petitioners will serve, or cause to be served on such party, the Notice Documents and any subsequent notices upon that party within three (3) business days of the filing of such notice of

appearance, provided that such documents have not already been served on such party (or its counsel).

7.      Subsequent notices in this Chapter 15 Case shall be served in the form and manner set forth in this Order or as otherwise required by the Bankruptcy Code and Bankruptcy Rules or any order entered in this Chapter 15 Case, unless otherwise directed by the Court.

8.      Service of the Notice Documents in accordance with this Order is hereby approved as adequate, due, and sufficient notice and service on all interested parties under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and no other or further notice is necessary.

9.      Prior to serving the Recognition Hearing Notice or causing it to be served, the Petitioners may insert any missing dates and other information, correct any typographical errors, conform the provisions thereof to the provisions of this Order, and make such other and further non-material, non-substantive changes as the Petitioners deem necessary or appropriate.

10.     The notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of this Chapter 15 Case or, to the extent applicable, are hereby waived; *provided that*, if the Petitioners initiate a claims resolution process in this Chapter 15 Case, such waiver shall be null and void.

11.     Notwithstanding any provision in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules to the contrary, the Petitioners shall file the certificate of service of the Notice Documents in advance of the Recognition Hearing.

12.     The Petitioners are authorized to take all actions necessary to effectuate the relief granted by to this Order.

13.     Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

14.     This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**EXHIBIT 1**

Proposed Form of Notice

(Attached)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| CHARITABLE DAF HOLDCO, LTD. (In Official Liquidation),[1] | Case No. 25-11376 (BLS) |
| Debtor in a foreign proceeding. | **Re:  D.I. 1, 3, 6** |

### NOTICE OF FILING AND HEARING ON PETITION SEEKING RECOGNITION OF FOREIGN PROCEEDING AND RELATED RELIEF PURSUANT TO CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on July 21, 2025, Margot MacInnis and Sandipan Bhowmik of Grant Thornton Specialist Services (Cayman) Limited, solely in their capacities as the duly authorized joint official liquidators and authorized foreign representatives (the "JOLs" or "Petitioners") of Charitable DAF Holdco, Ltd. (In Official Liquidation) ("Debtor"), a company in liquidation under Cayman Island law, commenced pursuant to the Cayman Islands Companies Act (2025 Revision) before the Grand Court of the Cayman Islands (the "Cayman Court") as Cause FSD No. 116 of 2025 (JAJ) (the "Cayman Proceeding"), filed the *Official Form 401 Petition* [D.I. 1] and the *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (together, the "Petition")[2] [D.I. 3], thereby commencing this proceeding ancillary to the Cayman Proceeding and seeking recognition of the Cayman Proceeding as a foreign main proceeding within the meaning under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Petitioners seek the entry of an order (a) finding that (i) the Debtor is eligible to be a "debtor" under chapter 15 of the Bankruptcy Code, (ii) the Cayman Proceeding is a foreign main proceeding within the meaning of section 1502 of the Bankruptcy Code, (iii) the Petitioners satisfy the requirements of a "foreign representative" under section 101(24) of the Bankruptcy Code, and (iv) the Petition was properly filed and meets the requirements of section 1515 of the Bankruptcy Code; (b) granting recognition of the Cayman Proceeding as a "foreign main proceeding" under sections 1517 and 1520 of the Bankruptcy Code; (c) granting all relief afforded to foreign main proceedings under section 1520 of the Bankruptcy Code; (d) recognizing, granting comity to, and giving full force and effect within the territorial jurisdiction of the United States to the Cayman Proceeding, the Supervision Order, the Injunctive Relief Order, and other orders of the Cayman Court; (e) granting additional relief under sections 1521 and 1507 of the Bankruptcy Code; and (f) granting related relief.

---

[1]  The Debtor is incorporated in the Cayman Islands as an exempted company and registered with registration number 170388. The Debtor's registered office is located at HSM Corporate Services Limited, P.O. Box 31726, 68 Fort Street, George Town, Grand Cayman, KY1-1207, Cayman Islands.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Verified Petition.

**PLEASE TAKE FURTHER NOTICE** that on July 23, 2025, the Court scheduled a hearing on the Petition to consider recognition of the Cayman Proceeding as a foreign main proceedings and granting related relief for **August 14, 2025 at 11:00 a.m. (Eastern)** before the Honorable Brendan Linehan Shannon in Courtroom 1 of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, 19801(the "Recognition Hearing").

**PLEASE TAKE FURTHER NOTICE** that copies of the Petition and all documents filed in the Chapter 15 Case are available to parties in interest on the Court's Electronic Case Filing System, which can be accessed from (i) the Court's website at http:// www.deb.uscourts.gov (a PACER login and password are required to retrieve a document); (ii) the JOLs' website at https://www.doanegrantthornton.ca/service/advisory/creditor-updates/#Charitable-DAF-Holdco-Ltd; and (iii) upon written request to the Petitioners' counsel (including by facsimile or e-mail) addressed to:

> **REED SMITH LLP**
> Jason D. Angelo, Esq.
> 1201 North Market Street, Suite 1500
> Wilmington, DE 19801
> Telephone: +1.302.778.7500
> Facsimile: +1.302.778.7575
> E-mail:  jangelo@reedsmith.com
>
> -and-
>
> **REED SMITH LLP**
> Casey Laffey, Esq.
> Aaron Javian, Esq.
> Ian M. Turetsky, Esq.
> Richard Solow, Esq.
> 599 Lexington Avenue
> New York, NY 100220
> Telephone: +1.212.521.5400
> Facsimile: +1.713.521.5450
> E-mail:  claffey@reedsmith.com
>             ajavian@reedsmith.com
>             ituretsky@reedsmith.com
>             rsolow@reedsmith.com

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response, answer, or objection to the Petition must do so pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and such response, answer, or objection must (i) be in writing, (ii) set forth in detail the factual and legal bases therefor, (iii) be filed with the United States Bankruptcy Court for the District of Delaware, Office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, and (iv) served upon counsel for the Petitioners, Reed Smith LLP, 1201 North Market Street, Suite 1500, Wilmington, DE 19801

(Attention: Jason D. Angelo, Esq.), and Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attention: Casey Laffey, Esq., Aaron Javian, Esq., Ian M. Turetsky, Esq., and Richard C. Solow, Esq.), so as to be actually received **on or before August 7, 2025 at 4:00 p.m. (Eastern)**.

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Petition or the relief requested therein must appear at the Recognition Hearing at the time and place set forth above, which may be adjourned from time to time without further notice except for an in-Court announcement at the Recognition Hearing or a filing on the docket of this Chapter 15 Case of the date and time to which the Recognition Hearing has been adjourned.

**PLEASE TAKE FURTHER NOTICE** that, at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the Chapter 15 Case.

**PLEASE TAKE FURTHER NOTICE** that the Petitioners do not currently intend to conduct a claims process in the Chapter 15 Case.  To the extent there is a claims process established in the Cayman Proceeding, parties are directed to the Cayman Proceeding pending before the Cayman Court.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE PETITIONERS WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of page intentionally left blank.*]

Dated: July [●], 2025
      Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By:      _____

Jason D. Angelo (No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: +1.302.778.7500
Facsimile:  +1.302.778.7575
E-mail:  jangelo@reedsmith.com

-and-

Casey Laffey, Esq. (*pro hac vice* forthcoming)
Aaron Javian, Esq. (*pro hac vice* forthcoming)
Ian M. Turetsky, Esq. (*pro hac vice* forthcoming)
Richard C. Solow, Esq. (*pro hac vice* forthcoming)
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 100220
Telephone: +1.212.521.5400
Facsimile:  +1.212.521.5450
E-mail:    claffey@reedsmith.com
           ajavian@reedsmith.com
           ituretsky@reedsmith.com
           rsolow@reedsmith.com

*Counsel to Margot MacInnis and*
*Sandipan Bhowmik as Joint Official*
*Liquidators of Chapter 15 Debtor*

**EXHIBIT 2**

<u>Notice List</u>

(Attached)

## NOTICE PARTY SERVICE LIST

### Via Email and/or First Class / International Mail

| NOTICE PARTY NAME | NOTICE PARTY ADDRESS |
|---|---|
| **The United States Trustee** | |
| Office of the United States Trustee | Joseph J. McMahon, Jr. Assistant United States Trustee United States Department of Justice – Office of the United States Trustee J. Caleb Boggs Federal Building 844 N. King Street, Suite 2207, Lockbox 35 Wilmington, DE  19801 joseph.mcmahon@usdoj.gov |
| **Chapter 15 Debtor and Foreign Representative** | |
| Charitable DAF HoldCo, Ltd. | Grant Thornton Specialist Services (Cayman) Limited c/o Margot MacInnis and Sandipan Bhowmik 2nd Floor, Century Yard, Cricket Square P.O. Box 10144 Grand Cayman, Cayman Islands, KY 1-1102 margot.macinnis@uk.gt.com sandipan.bhowmik@uk.gt.com |
| **Court Administering Foreign Proceeding** | |
| Honourable Justice Parker Grand Court of the Cayman Islands | Karen Hoskins Grand Court of the Cayman Islands Financial Services Division 61 Edward St. Albert Panton St. P.O. Box 495 Grand Cayman, KY1-1106 Cayman Islands Karen.Hoskins@judicial.ky |
| FSD Registrar Grand Court of the Cayman Islands Financial Services Division | Bridget Clare Grand Court of the Cayman Islands Financial Services Division 61 Edward St. Albert Panton St. P.O. Box 495 Grand Cayman, KY1-1106 Cayman Islands Bridget.Clare@judicial.ky |

| Litigation Parties (Cayman Proceeding) | |
|---|---|
| Mark Eric Patrick | 6716 Glenhurst Drive<br>Dallas, Texas 72554<br>mpatricktax1040@gmail.com |
| Paul Murphy | Windsor Village #24<br>South Church Street<br>Grand Cayman<br>Cayman Islands<br>paul@gkmanagement.com.ky |
| CDMCFAD, LLC | c/o Campbells LLP<br>The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>RODoherty@campbellslegal.com |
| DFW Charitable Foundation | c/o Jennier Colegate & Nia Statham<br>Baker & Partners LLP<br>Buckingham Square<br>720 West Bay Road<br>George Town<br>Grand Cayman KY1-1107<br>jennifercolegate@bakerandpartners.com<br>niastatham@bakerandpartners.com |
| CDH GP, LTD. | c/o Campbells LLP<br>Floor 4, Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>Cayman Islands<br>RODoherty@campbellslegal.com |
| CLO HOLDCO, LTD. | c/o Campbells LLP<br>Floor 4, Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>Cayman Islands<br>RODoherty@campbellslegal.com |
| Discovery Parties | |
| BVP Property, LLC | 2515 Mckinney Avenue, Suite 1100<br>Dallas, Texas 75201-1945<br>mpatricktax1040@gmail.com |
| BVP Property, LLC | c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street, Wilmington<br>New Castle, Delaware 19801<br>info@ctadvantage.com |

| | |
|---|---|
| Cantor Fitzgerald Securities Corp. | Erica Chase<br>100 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Erica.chase@cantor.com |
| Carrington, Coleman, Sloman & Blumenthal, LLP | Brian P. Shaw<br>Kelli M. Hinson<br>901 Main Street, Suite 5500<br>Dallas, Texas 75202-3767<br>khinson@ccsb.com |
| CDHC Assets LLC | c/o Mark Patrick<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201-3140<br>mpatricktax1040@gmail.com<br>cls-compliance@wolterskluwer.com |
| CDHC Fort Worth Land LLC | c/o Mark Patrick<br>1999 Bryan Street Suite 900<br>Dallas, Texas 75201-3140<br>mpatricktax1040@gmail.com<br>cls-compliance@wolterskluwer.com |
| CDHC Royse City Land LLC | c/o Mark Patrick<br>1999 Bryan Street Ste 900<br>Dallas, Texas 75201-3140<br>mpatricktax1040@gmail.com<br>cls-compliance@wolterskluwer.com |
| Dorsey & Whitney LLP | Amelia Messa<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>messa.amelia@dorsey.com |
| FTI Consulting. Inc. | FTI Consulting. Inc.<br>Alexis Anaman<br>200 Aldersgate Street<br>London EC1A 4HD<br>alexis.anaman@fticonsulting.com |
| Haynes and Boone LLP | Kenneth Bezozo<br>2801 N. Harwood Street, Suite 2300<br>Dallas, Texas 75201<br>kenneth.bezozo@haynesboone.com |
| Hunton Andrews Kurth LLP | Alexander McGeoch<br>1445 Ross Avenue #3700<br>Dallas, Texas 75202<br>amcgeoch@hunton.com |
| Jefferies, LLC | 300 Crescent Court, Suite 500<br>Dallas, Texas 75201<br>mediacontact@jefferies.com<br>info@jefferies.com<br>legal@jefferies.com |

| | |
|---|---|
| Mercer (US) LLC | 1166 Avenue of the Americas, 30th Floor<br>New York, New York, 10036-2755<br>info@mercer.com<br>legal@mercer.com |
| NexBank Capital, Inc. | 2515 McKinney Avenue, Suite 1100<br>Dallas, Texas 75201<br>Danny.Ambriz@nexbank.com<br>Ileventon@skyviewgroup.com |
| Sali Fund Management LLC | 6850 Austin Center Boulevard, Suite 300<br>Austin, Texas 78731<br>contactus@sali.com |
| Seyfarth Shaw LLP | Douglas Mancino<br>1075 Peachtree St NE, Suite 2500<br>Atlanta, Georgia 30309<br>dmancino@seyfarth.com |
| SEI Fund Services | 1 Freedom Valley Drive<br>Oaks, Pennsylvania 19456<br>info@seic.com<br>SEIWealthPlatform@seic.com<br>AMD_US@seic.com |
| Stone Hilton PLLC | Judd Stone<br>600 Congress Avenue, Suite 2350<br>Austin, Texas 78748<br>judd@stonehilton.com |
| SSB Community Bank | 152 N Wooster Avenue<br>Strasburg, Ohio 44680-1136<br>info@ssbonline.com |
| Valuescope, Inc. | 1400 Thetford Court<br>Southlake, Texas 76092-4225<br>shastings@valuescopeinc.com |
| **Supporting Entities** | |
| The Highland Dallas Foundation | 2101 Cedar Springs Road, Suite 1200<br>Dallas, Texas 75201<br>Michael.Stockham@hklaw.com<br>David.Rosenberg@hklaw.com<br>sam.dawson@careyolsen.com<br>nigel.smith@careyolsen.com<br>darren@mccartylawpllc.com<br>cmwarner@duanemorris.com |
| The Dallas Foundation | 3963 Maple Avenue, Suite 350<br>Dallas, Texas 75219-3230<br>jdiaz@dallasfoundation.org |
| The Greater Kansas City<br>Community Foundation | 1055 Broadway Boulevard, Suite 130<br>Kansas City, Missouri 64105<br>wilkerson@growyourgiving.org |

| | |
|---|---|
| The Highland Kansas City Foundation Inc. | 2101 Cedar Springs Road, Suite 1200<br>Dallas, Texas 75201<br>Michael.stockham@hklaw.com<br>David.Rosenberg@hklaw.com<br>sam.dawson@careyolsen.com<br>nigel.smith@careyolsen.com<br>darren@mccartylawpllc.com<br>cmwarner@duanemorris.com |
| The Santa Barbara Foundation | 1111 Chapala Street, Suite 200<br>Santa Barbara, California 93101-3100<br>jcarrera@sbfoundation.org |
| The Highland Santa Barbara Foundation Inc. | 2101 Cedar Springs Road, Suite 1200<br>Dallas, Texas 75201<br>Michael.stockham@hklaw.com<br>David.Rosenberg@hklaw.com<br>sam.dawson@careyolsen.com<br>nigel.smith@careyolsen.com<br>darren@mccartylawpllc.com<br>cmwarner@duanemorris.com |
| The Community Foundation of North Texas | 777 Main Street, Suite 2850<br>Fort Worth, Texas 76102-5303<br>DMoore@bwwlaw.com |
| HCMLP Charitable Fund | 300 Crescent Court, Suite 700<br>Dallas, Texas 75291 |
| **Organizational Parties** | |
| Atlas IDF GP, LLC | c/o Mark Patrick<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>info@ctadvantage.com<br>mpatrick@randadvisors.com<br>sraver@randadvisors.com<br>mpatricktax1040@gmail.com |
| Atlas IDF GP, LLC | c/o Mark Patrick<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>info@ctadvantage.com<br>mpatrick@randadvisors.com<br>sraver@randadvisors.com<br>mpatricktax1040@gmail.com |

| | |
|---|---|
| Atlas IDF GP, LLC | c/o Mark Patrick<br>The Partnership<br>87 Railroad Place, Suite 403<br>Saratoga Springs, New York 12866<br>Jhonis@RandAdvisors.com<br>mpatrick@randadvisors.com<br>mpatricktax1040@gmail.com |
| Atlas IDF GP, LLC | c/o Mark Patrick<br>CT Corporation System<br>1999 Bryan Street Suite 900<br>Dallas, Texas 75201-3140<br>cls-compliance@wolterskluwer.com<br>mpatricktax1040@gmail.com |
| Atlas IDF, LP | c/o Mark Patrick<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>info@ctadvantage.com<br>mpatrick@randadvisors.com<br>sraver@randadvisors.com<br>mpatricktax1040@gmail.com |
| Atlas IDF, LP | c/o Mark Patrick<br>The Partnership<br>87 Railroad Place, Suite 403<br>Saratoga Springs, New York 12866<br>Jhonis@RandAdvisors.com<br>mpatrick@randadvisors.com<br>mpatricktax1040@gmail.com |
| Atlas IDF, LP | c/o Mark Patrick<br>CT Corporation System<br>1999 Bryan Street Suite 900<br>Dallas, Texas 75201-3140<br>cls-compliance@wolterskluwer.com<br>mpatricktax1040@gmail.com |
| Beacon Mountain LLC | c/o Mark Patrick<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>info@ctadvantage.com<br>mpatricktax1040@gmail.com |

| Charitable DAF GP, LLC | c/o Mark Patrick<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>info@ctadvantage.com<br>mpatrick@randadvisors.com<br>sraver@randadvisors.com<br>mpatricktax1040@gmail.com |
|---|---|
| Charitable DAF Holdings Corp. | c/o Campbells LLP<br>Floor 4, Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>Cayman Islands<br>RODoherty@campbellslegal.com |
| Charitable DAF Holdings Corp. | c/o Mark Patrick<br>CT Corporation System<br>1999 Bryan Street Suite 900<br>Dallas, Texas 75201-3140<br>mpatricktax1040@gmail.com<br>cls-compliance@wolterskluwer.com |
| Hunter Mountain Investment Trust | c/o Mark Patrick<br>Wilmington Trust, NA<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, Delaware 19890<br>mpatricktax1040@gmail.com |
| Liberty CLO HoldCo, Ltd. | c/o Mark Patrick<br>6716 Glenhurst Drive<br>Dallas, Texas 75254-8621<br>mpatricktax1040@gmail.com<br>paul@gkmanagement.com.ky |
| Allanon Capital Management LLC | c/o Campbells LLP<br>Floor 4, Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>Cayman Islands<br>RODoherty@campbellslegal.com |
| CLO HoldCo, Ltd. | c/o Mark Patrick<br>300 Crescent Court, Suite 700<br>Dallas TX 75201-7849<br>mpatricktax1040@gmail.com<br>paul@gkmanagement.com.ky |

| | |
|---|---|
| Rand Advisors LLC | c/o Mark Patrick<br>2965 Colonnade Drive, Suite 320<br>Roanoke, Virgina 24018-3541<br>mpatricktax1040@gmail.com |
| Rand Advisors LLC | c/o Mark Patrick<br>42 Regatta View Drive<br>Saratoga Springs, New York 12866-8307<br>mpatricktax1040@gmail.com |
| Rand PE Fund I, L.P. | c/o Mark Patrick<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>mpatricktax1040@gmail.com |
| Rand PE Fund I, L.P. | c/o Mark Patrick<br>The Partnership<br>87 Railroad Place, Suite 403<br>Saratoga Springs, New York 12866<br>mpatricktax1040@gmail.com |
| Rand PE Fund I, L.P. | c/o Mark Patrick<br>2101 Cedar Springs Road, Suite 1200<br>Dallas, Texas 75201-1598<br>mpatricktax1040@gmail.com |
| Rand PE Fund I, L.P. | c/o Mark Patrick<br>CT Corporation System<br>1999 Bryan Street Suite 900<br>Dallas, Texas 75201-3140<br>mpatricktax1040@gmail.com |
| Rand PE Fund Management, LLC | c/o Mark Patrick<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>mpatricktax1040@gmail.com |
| Rand PE Fund Management, LLC | c/o Mark Patrick<br>The LLC<br>87 Railroad Place, Suite 403<br>Saratoga Springs, New York 12866<br>mpatricktax1040@gmail.com |
| Rand PE Fund Management, LLC | c/o Mark Patrick<br>CT Corporation System<br>1999 Bryan Street Suite 900<br>Dallas, Texas 75201-3140<br>mpatricktax1040@gmail.com |
| Wilmington Trust, N.A. | 1100 North Market Street<br>Wilmington, Delaware 19890 |

| Charitable DAF HoldCo, Ltd. | HSM Corporate Services Ltd.<br>68 Fort Street<br>George Town<br>PO Box 31726<br>Grand Cayman<br>hmoses@hsmoffice.com<br>tstewart@hsmoffice.com<br>tpeters@hsmoffice.com |
|---|---|
| Charitable DAF Fund, L.P. | Charitable DAF Fund, L.P.<br>c/o Campbells LLP<br>Floor 4, Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>Cayman Islands<br>RODoherty@campbellslegal.com |
| Crown Global Life Insurance<br>Crown Global Insurance Group, LLC<br>Crown Global Insurance Company of America | 100 N. West Street, Suite 1200<br>Wilmington, Delaware 19801 |
| Charitable DAF HoldCo, Ltd. | Walkers Corporate Services Limited<br>Walker House<br>87 Mary Street<br>George Town,<br>Grand Cayman KY1-9005<br>Cayman Islands<br>Geoffrey.Sykes@walkersglobal.com |
| CDH GP, Ltd. | c/o Campbells LLP<br>Corporate Services Limited, 4th Floor<br>Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>RODoherty@campbellslegal.com |
| Crown Global Insurance (Cayman) Ltd. | Suite 3206A, 2nd Floor<br>39 Market Street, P.O. Box 10467<br>Camana Bay<br>Grand Cayman KY1-1004<br>Cayman Islands<br>Info@crownglobalinsurance.com |
| Crown Global Life Insurance | Vivalisuance Services LLC<br>Bahnhofstrasse 11<br>830 Kloten, Zurich<br>Switzerland<br>info@vivainsurance.services |
| Crown Global Management, Inc. | 801 S. Pointe Drive, Suite 102<br>Miami Beach, Florida 33139<br>info@crownglobalinsurance.com |

| Crown Global Life Insurance, Ltd. | Victoria Place, 5th Floor,<br>31 Victoria Street, Hamilton HM 10<br>Bermuda<br>info@crownglobalinsurance.com |
|---|---|
| HCT HoldCo2, Ltd. | Campbells Corporate Services Limited<br>Floor 4, Willow House, Cricket Square,<br>Grand Cayman, KY1-9010<br>Cayman Islands<br>gmanning@campbellslegal.com<br>RODoherty@campbellslegal.com |
| MGM Studios HoldCo, Ltd. | Campbells Corporate Services Limited<br>Floor 4, Willow House, Cricket Square,<br>Grand Cayman, KY1-9010<br>Cayman Islands<br>gmanning@campbellslegal.com<br>RODoherty@campbellslegal.com |
| Liberty Sub, Ltd. | c/o Mark Patrick<br>VCorp Services, LLC<br>108 W. 13th Street, Suite 100<br>Wilmington, Delaware 19801<br>mpatricktax1040@gmail.com<br>paul@gkmanagement.com.ky |
| Liberty CLO HoldCo LLC | c/o Campbells LLP<br>Floor 4, Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>Cayman Islands<br>RODoherty@campbellslegal.com |
| Liberty CLO HoldCo II LLC | c/o Campbells LLP<br>Floor 4, Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>Cayman Islands<br>RODoherty@campbellslegal.com |
| **Fund Entities** | |
| Charitable DAF Fund 2 LP (Cayman Islands) | c/o Campbells LLP<br>Floor 4, Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>Cayman Islands<br>RODoherty@campbellslegal.com |

| Liberty CLO HoldCo, Ltd. (Cayman Islands) | c/o Campbells LLP<br>Floor 4, Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>Cayman Islands<br>RODoherty@campbellslegal.com |
| --- | --- |
| DST Investco, LLC (Delaware) | c/o Campbells LLP<br>Floor 4, Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>Cayman Islands<br>RODoherty@campbellslegal.com |
| Royse City Land Company LLC (Texas) | c/o CT Corporation System<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201-3140<br>cls-compliance@wolterskluwer.com |
| CDHC Stewart Creek LLC (Texas) | 6716 Glenhurst Drive<br>Dallas, Texas 75254-8621 |
| BVP Property, LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>info@ctadvantage.com |
| **Other Entities** | |
| Franchise Tax Board<br>Chief Counsel | Chief Counsel – Shane Hofeling<br>c/o General Counsel Section<br>P.O. Box 1720, MS:  A-260<br>Rancho Cordova, California 95741-1720<br>Shane.Hofeling@ftb.ca.gov |
| Franchise Tax Board | Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, California 95812-2952 |
| Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
| Michigan Department of Treasury | Tax Policy Division<br>Litigation Liaison<br>2nd Floor, Austin Building<br>430 West Allegan Street<br>Lansing, Michigan 48922<br>Treas-Tax-Compliance@michigan.gov |

| Kevin Murphy<br>Bankruptcy Administrator<br>Delaware Division of Revenue<br>Bankruptcy Service<br>Bankruptcy Administrator | Carvel State Building<br>820 N. French Street, 8th Floor<br>Wilmington, Delaware 19801<br>KevinT.Murphy@delaware.gov |
|---|---|
| Bettina Dunn, Paralegal Specialist<br>US EPA Region 3 | Office of Regional Counsel<br>Four Penn Center<br>Philadelphia, Pennsylvania 19103-2852<br>Dunn.Bettina@epa.gov |
| Social Security Administration | Office of the General Counsel<br>Office of Program Litigation<br>Attn: Bankruptcy<br>6401 Security Boulevard<br>Baltimore, Maryland 21235 |
| Arizona Attorney General's Office | PO Box 6123<br>MD 7611<br>Phoenix, Arizona 85005-6123<br>BankruptcyUnit@azag.gov |
| Commonwealth of Massachusetts<br>Massachusetts Department of Revenue | Commonwealth of Massachusetts<br>Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>PO Box 7090<br>Boston, Massachusetts 02204-7090<br>bankruptcy@dor.state.ma.us |
| U.S. Small Business Administration<br>(Philadelphia District Office) | District Counsel<br>660 American Avenue, Suite 301<br>King of Prussia, Pennsylvania 19406 |
| Securities & Exchange Commission | 100 F Street, NE<br>Washington, DC 20549 |
| Securities and Exchange Commission | Antonia Apps<br>Regional Director<br>100 Pearl St.<br>Suite 20-100<br>New York, New York 10004-2616 |
| Delaware State Treasury | 820 Silver Lake Blvd., Suite 100<br>Dover, Delaware 19904 |
| Secretary of State<br>Division of Corporations<br>Franchise Tax | PO Box 898<br>Dover, Delaware 19903<br>corp@delaware.gov |
| Grant J. Scott | 5311 Tannat Court Apt. 204<br>Raleigh, North Carolina 27612<br>gs@proinbox.com |
| Grant J. Scott | Highland Capital Management, L.P.<br>795 Columbus Ave., 12A<br>New York, New York 10025<br>jpseeryjr@gmail.com |

| Hueston Hennigan LLP | 620 Newport Center Drive, Suite 1300<br>Newport Beach, California 92660<br>jhueston@hueston.com |
|---|---|
| Shield Law | 16400 Dallas Parkway, Suite 300<br>Dallas, Texas 75248<br>bschaller@shieldslegal.com |
| Stinson | 2200 Ross Avenue, Suite 2900<br>Dallas, Texas 75201<br>deborah.deitschperez@stinson.com |
| Shawn Raver | 2620 White Rock Road<br>Dallas, Texas 75214<br>sraver@hotmail.com |
| Highland Litigation Sub-Trust | c/o Marc S. Kirschner<br>Litigation Trustee of the Highland Litigation<br>Sub-Trust 280<br>Park Avenue<br>New York, New York 10117<br>Marc.kirschner@teneo.com |
| Highland Capital Management, L.P. | c/o James P. Seery Jr.<br>Trustee of the Highland Claimant Trust and<br>Administrator of the Highland Indemnity Trust<br>jpseeryjr@gmail.com |