# EXHIBIT 2



Kelli Hinson
Partner

214.855.3110
khinson@ccsb.com

May 22, 2025

***Via Email***
Jamie Gallagher jamie.r.gallagher@uk.gt.com
Michael Aquino michael.aquino@uk.gt.com
Sandipan Bhowmik cdaf.core@uk.gt.com
Grant Thornton
2nd Floor, Century Yard, Cricket Square
P.O. Box 10144
Grand Cayman, Cayman islands KY 1-1102

   Re: Charitable DAF HoldCo, Ltd.


Dear Sirs:

  I am the General Counsel of Carrington Coleman Sloman & Blumenthal, LLP, and I am responding to your letter dated May 7, 2025 to my law partner, Brian Shaw. Please direct any future communications regarding this matter to me.

  We are, of course, willing to comply with our ethical duties to provide client files upon an appropriate request. However, we must do so in a way that comports with our other legal obligations. I understand your position that the Joint Official Liquidators ("JOLs") have been appointed as such by the Grand Court of the Cayman Islands and that you make your request in that capacity. It is my understanding, however, that such appointment by a foreign court is not recognized under United States law unless or until the order is recognized by a United States Bankruptcy Court pursuant to 11 U.S. Code Chapter 15. If you have obtained such recognition, please let me know. Otherwise, we cannot comply with your request to release confidential and privileged client files.

  In addition, I understand you purport to represent and seek documents concerning only Charitable DAF HoldCo, Ltd. (the "Company"). We have not represented the Company in any lawsuits, arbitrations, or other proceedings, and I am unaware of any legal advice we have provided specifically to the Company. We have not sent invoices to or, to our knowledge, received payment from the Company.  Accordingly, even if the JOLs had authority to request this information, it is unlikely we would have many, if any, documents to provide.

Sincerely,

Kelli M. Hinson