# EXHIBIT 3

| | |
|---|---|
| **From:** | Kelli M. Hinson <khinson@CCSB.com> |
| **Sent:** | Wednesday, May 28, 2025 3:19 PM |
| **To:** | Jamie R Gallagher; Michael Aquino; CDAF Core |
| **Cc:** | Brian P. Shaw |
| **Subject:** | Follow up to Carrington Coleman response to letter from JOLs |

## Email from EXTERNAL source - Please exercise caution and validate email before accessing links or files

I write to follow up on my letter dated May 22, 2025. In that letter, I stated that I was unaware of any legal advice CCSB had provided specifically to Charitable DAF HoldCo, Ltd. (the "Company"). Since sending the letter, it has come to my attention that one of our lawyers, David Corkern, prepared a memo regarding U.S. tax issues as they related to the Company and its related affiliates. Accordingly, there may be a small number of documents related to that project that the Company may be entitled to. That being said, we still have the same reservations concerning the JOLs' authority to speak for the Company in the United States prior to complying with Chapter 15 of the U.S. Bankruptcy Code.

**Kelli M. Hinson**
*Partner*



O 214.855.3110 / M 214.289.9982
khinson@CCSB.com / ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St / Suite 5500 / Dallas, TX 75202

**From:** Kelli M. Hinson <khinson@CCSB.com>
**Sent:** Thursday, May 22, 2025 4:37 PM
**To:** jamie.r.gallagher@uk.gt.com; michael.aquino@uk.gt.com; cdaf.core@uk.gt.com
**Cc:** Brian P. Shaw <bshaw@CCSB.com>
**Subject:** Carrington Coleman response to letter from JOLs

Please see the attached correspondence in response to the May 7, 2025 letter from the Charitable DAF HoldCo Ltd. JOLs.

**Kelli M. Hinson**
*Partner*



O 214.855.3110 /
khinson@CCSB.com / ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St / Suite 5500 / Dallas, TX 75202

This electronic message is confidential and is intended only for the use of the individual to whom it is addressed. The information may also be legally privileged. This transmission is sent in trust, for the sole

1

purpose of delivery to the intended recipient. If you have received this transmission in error, you are hereby notified that any use, dissemination, distribution or reproduction of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify me by electronic message or telephone at 214-855-3000, and delete the message from your system. Carrington, Coleman, Sloman & Blumenthal, L.L.P. www.carringtoncoleman.com