# EXHIBIT 4



**Driving progress**
**through partnership**
**Casey D. Laffey**
Direct Phone:  +1 212 549 0389
Email:  claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

June 2, 2025

**Via Email (khinson@ccsb.com)**

Kelli Hinson
Carrington, Coleman, Sloman & Blumenthal, LLP
901 Main Street, Suite 5500
Dallas, Texas 75202

> **Re:** **Charitable DAF HoldCo, Ltd. (In Official Liquidation)**
> **FSD No. 2025-116 (JAJ)**
> **Reg. No. 263805**

Dear Ms. Hinson:

We represent Sandipan Bhowmik and Margot MacInnis of Grant Thornton Specialist Services (Cayman) Limited in their capacity as joint official liquidators ("**JOLs**") of Charitable DAF HoldCo, Ltd. (In Official Liquidation) ("**Company**"). We write in response to your letter, dated May 23, 2025, which responded to the JOLs' letter, dated May 7, 2025, requesting the Company's complete file.

Although Carrington Coleman insists that it is "willing to comply with" the JOLs' request for the Company's file, the May 23, 2025 letter and delay suggests otherwise. The letter states that Carrington Coleman is unwilling to comply with the JOLs' reasonable requests because the JOLs' appointment has not yet been recognized under Chapter 15 of the Bankruptcy Code. However, Chapter 15 recognition is irrelevant for Carrington Coleman to comply with the JOLs' request.

The JOLs have been duly appointed by the Grand Court of the Cayman Islands and are requesting that Carrington Coleman provide them with the Company's files pursuant to the JOLs' statutory and court mandated powers. There is nothing about the JOLs' appointment or their status in the United States precluding Carrington Coleman's cooperation with the JOLs' reasonable requests, and Carrington Coleman's argument to the contrary is wrong.

The JOLs therefore renew their request that Carrington Coleman **immediately** provide them with Company's files. Should Carrington Coleman decline to cooperate, the JOLs will have no choice but to assume that Carrington Coleman intends to obstruct the JOLs' duties and the JOLs will pursue all appropriate legal remedies to compel production of the requested documents, including seeking legal fees and costs for Carrington Coleman's stonewalling. The JOLs sincerely hope and expect, however, that those measures will not be necessary.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

ReedSmith

Kelli Hinson
June 2, 2025
Page 2


Sincerely,

Casey D. Laffey


cc:    Aaron Javian (ajavian@reedsmith.com)