# EXHIBIT 6



Kelli Hinson
Partner
214.855.3110
khinson@ccsb.com

July 9, 2025

***Via Email*** ***claffey@reedsmith.com***

Casey Laffey
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650

      Re:    Charitable DAF HoldCo, Ltd.

Dear Casey:

I am responding to your letter dated June 25, 2025 on behalf of the "joint official liquidators" or "JOLs" of Charitable DAF HoldCo, Ltd. Although you accuse Carrington Coleman of "stonewalling" and "obstruct[ing] the JOLs' duties," you have failed to meaningfully respond to the concerns stated in my letter dated May 23, 2025 other than to say they are "irrelevant" and "wrong." If you have authority supporting your assertion that the appointment of JOLs by a court in the Cayman Islands is appropriately recognized in the United States in the absence of a Chapter 15 proceeding, please provide that to me and I'm happy to take a look at it. *See, contra, Rsrv. Int'l Liquidity Fund, Ltd. v. Caxton Int'l Ltd*., No. 09 CIV. 9021 (PGG), 2010 WL 1779282, at *5 (S.D.N.Y. Apr. 29, 2010) ("If this Court were to allow the Liquidators to take the place of the Fund Board, such an action would constitute a tacit recognition that the BVI liquidation proceeding is valid and, as a result, the Liquidators are in control of the Fund. This is precisely the kind of determination that must be made in a Chapter 15 proceeding.").

I also reiterate my earlier point that, even if the JOLs had authority to request this information, it is unlikely we would have many, if any, documents to provide.

      Sincerely,

Kelli M. Hinson