# EXHIBIT 8



Kelli Hinson
Partner
214.855.3110
khinson@ccsb.com

August 6, 2025

**_Via Email_ _claffey@reedsmith.com_**
Casey Laffey
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650

Re:    Charitable DAF HoldCo, Ltd.

Dear Casey:

I am responding to your letter dated July 30, 2025 on behalf of the "joint official liquidators" or "JOLs" of Charitable DAF HoldCo, Ltd. I respectfully disagree with your conclusion that Carrington Coleman must recognize the authority of the JOLs absent such recognition by a United States court.

It is not our position that we do not have to honor requests from foreign former clients. Our position is that the alleged authority of the JOLs to speak for any such client has not been recognized in the United States. Although I readily concede that Carrington Coleman "is not a federal court," and I have not suggested otherwise, the point of the *Rsrv. Int'l Liquidity Fund* case is that the question of whether Liquidators appointed by a foreign court are actually in control of a foreign entity is a question that must be made in a Chapter 15 proceeding. Despite two requests, you have failed to provide any authority to support your assertion otherwise.

In any event, I understand that you have now instituted a Chapter 15 proceeding in the United States, so it seems this issue should be resolved in due course. If and when the authority of the JOLs is recognized by the Court in Delaware, the firm will respond to your request.

Sincerely,

Kelli M. Hinson