# EXHIBIT 10



Our Ref: 20250515 – Charitable DAF HoldCo, Ltd

Valuescope Inc.
950 E. State Highway 114
Suite 120
Southlake
TX 76092
USA

**Grant Thornton Specialist Services (Cayman) Limited**
2nd floor Century Yard,
Cricket Square,
PO Box 1044,
Grand Cayman, KY1-1102
Cayman Islands

T +1 (345) 949 8588
F +1 (345) 949 7120

Via email to: info@valuescopeinc.com & shastings@valuescopeinc.com

15 May 2025

Dear Sirs,

**Re: Charitable DAF HoldCo, Ltd (In Official Liquidation) (the "Company")**
**FSD Cause No: 2025-116 (JAJ)**
**Reg. No: 263805**

**Request for information on Valuation Analysis for the Company and CDMCFAD LLC**

I refer to my letter dated 7 May 2025 notifying your office that Margot MacInnis and I, both of Grant Thornton Specialist Services (Cayman) Limited, were appointed as Joint Official Liquidators ("**JOLs**") of the Company by the Grand Court of the Cayman Islands.

We understand that Valuescope were engaged by the Company to perform the valuation of the participating shareholders for the Company, and a valuation on the membership interest in CDMCFAD LLC. Copies of the reports are enclosed for ease of reference.

Pursuant to Order 26, Rule 3 (1) of the Companies Winding-up rules (As Amended) ("**CWRs**"), the JOLs are required to take possession or control of all the Company's books and records, including those maintained in electronic format.

As such, we request that you:

1.  Provide a copy of your engagement letter and instructions for the Valuation Analysis prepared as of 31 December 2020, 31 December 2021, 31 December 2022, 31 December 2023 and 30 September 2024 concerning 100 Participation Shares of the Company.

2.  If you were engaged by the Company for the purpose of preparing the valuation analysis of a 100% Membership Interest in CDMCFAD, LLC dated 25 March 2025, please provide a copy of this engagement letter and the associated instructions;

3.  Provide copies of all documents provided to Valuescope by the Company that assisted with the Valuation Analyses; and

Chartered Accountants. Grant Thornton Specialist Services (Cayman) Limited is a member firm of Grant Thornton International Ltd (GTIL) and a subsidiary of Grant Thornton UK LLP. GTIL and the member firms are not a worldwide partnership. Services are delivered by the member firms. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. Please see grantthornton.ky for further details. Subject to local regulations.          **grantthornton.ky**

Commercial in Confidence

4.      Provide copies of any research or reference material obtained / prepared by Valuescope during the Valuation Analyses.

In addition, we would appreciate that our previous requests in our 7 May 2025 letter be fulfilled. For ease of reference this includes that you:

1.      Arrange for any books and records held by you on behalf of the Company to be immediately delivered up to the JOLs. Should you be aware of any property of the Company that is currently not in your possession, please let us know of their whereabouts as a matter of urgency.

2.      To the extent that such books and records are not in your possession and/or custody, please inform us of the location of these books and records.

3.      Please send all future correspondence relating to the Company to our attention at cdaf.core@uk.gt.com.

**Proof of Debt**

If you believe you are a creditor of the Company, please provide full details of any amounts owed to you by completing the attached proof of debt form which should be returned to our office with any supporting documentation within 21 days of the date of this letter. Non-receipt of a claim from you by the aforesaid date will be taken to mean you have no claim against the Company.

If you have any questions or concerns, please contact us via e-mail at cdaf.core@uk.gt.com.

Yours faithfully,
For and on behalf of the Company

Sandipan Bhowmik
**Joint Official Liquidator**
As agent and without personal liability

Encl.
-Proof of Debt – CWR 24
-Valuation report for CDMCFAD LLC dated 25 March 2025
-Valuation reports for the Company dated:
        - 31 December 2020
        - 31 December 2021
        - 31 December 2022
        - 31 December 2023
        - 30 September 2024