# EXHIBIT 11



May 30, 2025

**Via Email to:**
Sandipan Bhowmik | Sandipan.bhowmik@uk.gt.com |cdaf.core@uk.gt.com
Jamie Gallagher | jamie.r.gallagher@uk.gt.com
Michael Aquino | michael.aquino@uk.gt.com

**Re: Request for information pertaining to Charitable DAF HoldCo, Ltd.**

Dear Sirs:

Thank you for your correspondence regarding the records relating to our prior valuation work for Charitable DAF HoldCo, Ltd.

We are committed to meeting our ethical and professional obligations, including providing client records where appropriate.  At the same time, we are bound by legal duties, including the obligation to protect confidential and privileged information.

We understand that you have been appointed as Joint Official Liquidators by the Grand Court of the Cayman Islands, and we acknowledge your request is made in that capacity. However, under U.S. law, a foreign court appointment does not automatically grant authority over records or compel disclosure unless the foreign proceeding has been formally recognized by a U.S. Bankruptcy Court pursuant to Chapter 15 of the U.S. Bankruptcy Code.

If such recognition has been granted, please provide the relevant documentation for our review.  In the absence of that, we are unable to release confidential materials or client records.  Please let us know if you have obtained recognition under Chapter 15 or other legal authority in the U.S.  We remain open to reviewing any such documentation and cooperating as appropriate under applicable law.

Sincerely,

Steven Hastings, CPA/ABV/CFF/CGMA, ASA, CVA
Principal
ValueScope, LLC