# EXHIBIT 12



**Driving progress**
**through partnership**
**Casey D. Laffey**
Direct Phone:  +1 212 549 0389
Email:  claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

June 2, 2025

**Via Email (shastings@valuescopeinc.com)**

Steven Hastings
ValueScope, LLC
950 E. State Highway 114, Suite 120
Southlake, TX 76092

> **Re:** **Charitable DAF HoldCo, Ltd. (In Official Liquidation)**
> **FSD No. 2025-116 (JAJ)**
> **Reg. No. 263805**

Dear Mr. Hastings:

We represent Sandipan Bhowmik and Margot MacInnis of Grant Thornton Specialist Services (Cayman) Limited in their capacity as joint official liquidators ("**JOLs**") of Charitable DAF HoldCo, Ltd. (In Official Liquidation) ("**Company**"). We write in response to ValueScope, LLC's letter, dated May 30, 2025, which responded to the JOLs' letters, dated May 7, 2025 and May 15, 2025, and emails, dated May 20, 2025 and May 26, 2025, each of which requested the Company's files.

Although ValueScope insists that it is "committed to meeting our ethical and professional obligations, including providing client records where appropriate," its correspondence and delay suggests otherwise. ValueScope states that it is unwilling to cooperate with the JOLs' reasonable requests because the JOLs' appointment has not yet been recognized under Chapter 15 of the Bankruptcy Code.  However, Chapter 15 recognition is irrelevant for ValueScope to comply with the JOLs' request.

The JOLs have been duly appointed by the Grand Court of the Cayman Islands and are requesting that ValueScope provide them with the Company's files pursuant to the JOLs' statutory and court mandated powers. There is nothing about the JOLs' appointment or their status in the United States precluding ValueScope's cooperation with the JOLs' reasonable requests, and ValueScope's argument to the contrary is wrong.

The JOLs therefore renew their request that ValueScope **immediately** provide them with Company's files. Should ValueScope decline to cooperate, the JOLs will have no choice but to assume that ValueScope intends to obstruct the JOLs' duties and the JOLs will pursue all appropriate legal remedies to compel production of the requested documents, including seeking legal fees and costs for ValueScope's stonewalling. The JOLs sincerely hope and expect, however, that those measures will not be necessary.

ReedSmith

Steven Hastings
June 2, 2025
Page 2

Sincerely,

Casey D. Laffey

cc:    Aaron Javian (ajavian@reedsmith.com)