# EXHIBIT 14



**Driving progress**
**through partnership**
**Casey D. Laffey**
Direct Phone:  +1 212 549 0389
Email:  claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

July 30, 2025

**By Email (shastings@valuescopeinc.com)**

Steven Hastings
ValueScope, LLC
950 E. State Highway 114, 120
Southlake, Texas 76092

   **Re: Charitable DAF HoldCo, Ltd. (In Official Liquidation)**
     **FSD No. 2025-116 (JAJ)**
     **Reg. No. 263805**

Dear Mr. Hastings:

We represent Sandipan Bhowmik and Margot MacInnis of Grant Thornton Specialist Services (Cayman) Limited in their capacity as joint official liquidators ("**JOLs**") of Charitable DAF HoldCo, Ltd. (In Official Liquidation) ("**Company**").  We write in furtherance of my letters, dated  June 2, 2025 and June 25, 2025, which ValueScope has not responded to.

Be advised that on July 21, 2025, the Company filed a Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code (the "Verified Petition"). *In re: Charitable DAF HoldCo, Ltd. (In official Liquidation)*, Case No. 25-11376 (D. Del.). In it, the JOLs formally petitioned the United States Bankruptcy Court for the District of Delaware court to recognize the Cayman liquidation as a foreign main proceeding under chapter 15 of the Bankruptcy Code. Although the JOLs are prepared to use powers afforded by the Bankruptcy Court to compel ValueScope to return to the Company its own records, it should not have to come to that.

Accordingly, the JOLs demand, for the final time, that ValueScope immediately produce the Company's requested records. ValueScope's failure to comply will result in legal action, including a request for sanctions for ValueScope's noncooperation.

 Very truly yours,

/s/ Casey D. Laffey

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON