# EXHIBIT 17

| | |
|---|---|
| **From:** | Bradley J Graham |
| **Sent:** | Monday, May 12, 2025 8:42 PM |
| **To:** | dmancino@seyfarth.com |
| **Cc:** | CDAF Core |
| **Subject:** | RE: Charitable DAF HoldCo Ltd (In Official Liquidation) - Legal Notice (Seyfarth) |

Commercial in Confidence

Dear Douglas

I refer to our discussion on Teams earlier today in relation to the above matter.

As discussed, a banker's box of physical books and records is being prepared for postage to us by this Friday.

I confirm that we are able to receive the books and records via Reed Smith LLC in LA, the contact details are below:

**Ruben Montoya, Paralegal**
Reed Smith LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071
Telephone: 213-457-6409

Mr Montoya has been notified of the above and is expecting your contact.

We appreciate your assistance to date and look forward to further discussion once the records are received and reviewed.

Kind regards,

Brad Graham
Assistant Manager, Insolvency, Forensics & Restructuring
Grant Thornton Specialist Services (Cayman) Limited

T + 1345 3258462
E bradley.j.graham@uk.gt.com

**grantthornton.ky**

2nd Floor, Century Yard, Cricket Square
PO Box 1044, Grand Cayman, Cayman Islands. KY1-1102

 Grant Thornton

**From:** Mancino, Douglas <DMancino@seyfarth.com>
**Sent:** 06 May 2025 21:31
**To:** Michael Aquino <Michael.Aquino@uk.gt.com>
**Cc:** CDAF Core <CDAF.Core@uk.gt.com>
**Subject:** Re: Charitable DAF HoldCo Ltd (In Official Liquidation) - Legal Notice (Seyfarth)

**Email from EXTERNAL source - Please exercise caution and validate email before accessing links or files**

I want to acknowledge receipt of your letter. I am traveling to Washington, DC tomorrow morning and will return Friday night.
I would like to schedule a call Monday to discuss attorney client and work product privileges.
I am completely unfamiliar with this Cayman Islands process.
Let me know some times Monday that work, considering the three hour time difference.
Doug Mancino

Sent from my iPhone

**Douglas Mancino** (he/him/his) | Partner | Seyfarth Shaw LLP
2029 Century Park East | Suite 3500 | Los Angeles, California 90067-3021
Direct: +1-310-201-5241 | Fax: +1-310-551-8326
DMancino@seyfarth.com | www.seyfarth.com

 Seyfarth

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

On May 6, 2025, at 6:01 PM, Michael Aquino <Michael.Aquino@uk.gt.com> wrote:

Commercial in Confidence

Dear Mr. Mancino,

**Charitable DAF HoldCo Ltd (In Official Liquidation) (the "Company")**
**FSD Cause No: 2025-0116 (JAJ)**

Please find attached correspondence in relation to the Company for your attention.

Should you have any queries, please do not hesitate to contact us.

Yours sincerely,

For and on behalf of
The Joint Official Liquidators of the Company

Michael Aquino

Insolvency Administrator Trainee, OFC
Grant Thornton Specialist Services (Cayman) Limited

T +1345-949-7100
E Michael.Aquino@uk.gt.com

grantthornton.ky [grantthornton.ky]

2nd Floor, Century Yard, Cricket Square
PO Box 1044, Grand Cayman, Cayman Islands KY1-1102

Grant Thornton is a brand name under which Grant Thornton UK LLP (registered number OC307742) and Grant Thornton UK Advisory & Tax LLP (registered number OC454533) provide professional services. Each of them is a limited liability partnership, registered in England and Wales, whose registered office is at 30 Finsbury Square, London EC2A 1AG. Lists of their members are available from the registered office.

For the purposes of designated investment business, Grant Thornton UK Advisory & Tax LLP is an appointed representative of Grant Thornton UK LLP, which is authorised and regulated by the Financial Conduct Authority.

Grant Thornton UK LLP and Grant Thornton UK Advisory & Tax LLP are member firms of Grant Thornton International Limited ("GTIL"). GTIL and its member firms are not a worldwide partnership. Services are delivered by the member firms. GTIL and its member firms are not agents of and do not bind one another and are not liable for one another's acts or omissions.

This email is confidential. It cannot be guaranteed to be secure or free from error or virus. All email communication with Grant Thornton UK LLP or Grant Thornton UK Advisory & Tax LLP is monitored and a record is kept. If you are not the intended recipient, please accept our apologies. It is intended for the addressee only. If you are not the addressee, please do not use it in any way. If received in error please inform the sender and delete all copies.

Anything in this email which does not relate to the official business of Grant Thornton UK LLP or Grant Thornton UK Advisory & Tax LLP is neither given nor endorsed by them. To the extent permitted by law, neither of them accepts any responsibility for any use by anyone other than the intended addressee. Where relevant, please note that, unless expressly stated otherwise, any written advice contained in or attached to this email is not intended and cannot be used by any person for avoiding any US penalties that may be imposed under the US Internal Revenue Service Code.

For further information please visit our website grantthornton.co.uk [grantthornton.co.uk]