# EXHIBIT 18

| | |
|---|---|
| **From:** | Margot MacInnis |
| **Sent:** | Tuesday, May 13, 2025 3:32 PM |
| **To:** | Mancino, Douglas |
| **Subject:** | RE: Request for clarification |

Commercial in Confidence

Hi Doug

The call yesterday was attended by me along with Bradley Graham who is supporting the joint official liquidators (JOLs) and is an employee of Grant Thornton Specialist Services in the Cayman Islands. Andrew Johnstone who is the JOLs' Cayman counsel was also in attendance and on screen. There was no one else dialed into the call or in attendance.

With regard to preservation of privilege I don't follow the concern.    We have stepped into the shoes of the Company for which we act, any advice provided to which privilege attaches is retained by the Liquidators.   We have engaged Reed Smith as our US counsel and accordingly the privilege is preserved if you provide the documents directly to them.

We look forward to receiving the documents.

Kind regards
Margot

Margot MacInnis
Practice Leader Insolvency, Forensics & Restructuring Advisory
Grant Thornton Specialist Services (Cayman) Limited

D +1 (345) 769 7218
E margot.macinnis@uk.gt.com

grantthornton.ky

**Address**
2nd Floor, Century Yard, Cricket Square
PO Box 1044, Grand Cayman, Cayman Islands, KY1-1102

 GrantThornton

**From:** Mancino, Douglas <DMancino@seyfarth.com>
**Sent:** 13 May 2025 13:21
**To:** Margot MacInnis <margot.macinnis@uk.gt.com>
**Subject:** Request for clarification

**Email from EXTERNAL source - Please exercise caution and validate email before accessing links or files**

Ms. MacInnis,

Thank you for arranging the Zoom call yesterday to discuss your role in the liquidation of Charitable DAF Holdco Ltd. and attorney-client privilege matters.

I understand your role on the Zoom call as a liquidator, but can you confirm the role of the others on the call? As I said, I am new to this process and not a litigator.

I am consulting with my partners on my ability to preserve the privilege when I provide the requested documents to your firm through Reed Smith so it will take more time to gather and provide the requested documents than I projected. And I would like to know the roles of the others shown on the screen and confirm whether any others were listening in to the call but not shown on the screen.

Doug

**Douglas Mancino** (he/him/his) | Partner | Seyfarth Shaw LLP
2029 Century Park East | Suite 3500 | Los Angeles, California 90067-3021
Direct: +1-310-201-5241 | Fax: +1-310-551-8326
DMancino@seyfarth.com | www.seyfarth.com

 Seyfarth

CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.