# EXHIBIT 20



Our Ref: 20250508 – Charitable DAF HoldCo, Ltd

Hunton Andrews Kurth LLP
FAO Alexander McGeoch
1445 Ross Ave Ste 3700
Dallas
TX 75202

Via email: amcgeoch@hunton.com

**Grant Thornton Specialist
Services (Cayman) Limited**
2nd floor Century Yard,
Cricket Square,
PO Box 1044,
Grand Cayman, KY1-1102
Cayman Islands

T +1 (345) 949 8588
F +1 (345) 949 7120

8 May 2025

Dear Mr. McGeoch,

**Re: Charitable DAF HoldCo, Ltd (In Official Liquidation) (the "Company")**
**FSD Cause No: 2025-116 (JAJ)**
**Reg. No: 263805**

**Notice of Liquidation and Appointment of Official Liquidators**

I write to advise that the Company was placed in voluntary liquidation on 2 April 2025, with Mitchell Mansfield and William Clarke of Kroll (Cayman) Ltd appointed as Joint Voluntary Liquidators ("**JVLs**") of the Company.

Please be advised that pursuant to an application made by (1) The Highland Dallas Foundation, Inc, (2) The Highland Kansas City Foundation, Inc, (3) The Highland Santa Barbara Foundation, Inc, (4) The HCMLP Charitable Fund, in their capacity as participating shareholders of the Company, it was ordered on 6 May 2025, that the voluntary liquidation of the Company be continued under supervision of the Grand Court of the Cayman Islands (the "**Court**") and that Margot MacInnis and Sandipan Bhowmik, both of Grant Thornton Specialist Services (Cayman) Limited, be appointed as Joint Official Liquidators ("**JOLs**") of the Company. A copy of the order confirming their appointment is attached for your records.

We understand that your firm was engaged to act on behalf of the Company.  As a result of our appointment, you are no longer to act on instructions from the directors or former JVLs of the Company, unless explicit authorisation to do so is supplied by us, or any other party previously authorised to give instructions and should only take instructions from the JOLs on matters pertaining to the Company. Please also be advised that pursuant to the Order no suit, action or other proceedings, including criminal proceedings, shall be proceeded with or commenced against the Company in accordance with section 97 of the Companies Act (As Revised) except with the leave of the Court and subject to such terms as the Court may impose.

**Delivery of Books & Records**

Pursuant to Order 26, Rule 3 (1) of the Companies Winding-up rules (As Amended) ("**CWRs**"), the JOLs are required to take possession or control of all the Company's books and records, including those maintained in electronic format. As such, we request that you supply the JOLs with a copy of your complete file relating to the engagement by the Company, both prior to and after the appointment of JVLs.

Chartered Accountants. Grant Thornton Specialist Services (Cayman) Limited is a member firm of Grant Thornton International Ltd (GTIL) and a subsidiary of Grant Thornton UK LLP. GTIL and the member firms are not a worldwide partnership. Services are delivered by the member firms. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. Please see grantthornton.ky for further details. Subject to local regulations.

**grantthornton.ky**

We ask that this file includes but is not limited to the following documentation:

1.  A copy of your engagement letter with the Company;

2.  All invoices from engagement to present;

3.  Details of any outstanding debts owed by the Company to you;

4.  Statement of account and evidence of the associated remittance;

5.  Historical statements of trust account(s) held on behalf of the Company;

6.  Summary of any books and records held on behalf of the Company;

7.  The details of any retainer or funds held on behalf of the Company;

8.  Details of any Company bank accounts that you are aware of. If your firm has any information identifying the bank accounts or clearing banks used by the Company, we ask that you look at the records of the payments your firm received from the Company to see if you have records that can assist us in this regard;

9.  Summary of the matters that you were engaged to assist the Company with; and

10. The AML and KYC files you have on the Company and the Company Directors.

Please arrange for the above as well as any books and records held by you on behalf of the Company to be immediately delivered up to the JOLs. Should you be aware of any property of the Company that is currently not in your possession, please let us know of their whereabouts as a matter of urgency.

**Proof of Debt**

If you believe you are a creditor of the Company, please provide full details of any amounts owed to you by completing the attached proof of debt form which should be returned to our office with any supporting documentation within 21 days of the date of this letter.

If you have any questions or concerns, please contact us via e-mail at cdaf.core@uk.gt.com.

Yours sincerely,
For and on behalf of Charitable DAF HoldCo Ltd (in Official Liquidation)

Sandipan Bhowmik
**Joint Official Liquidator**
As agent and without personal liability


Encl.
- Supervision Order – 2025-116 (JAJ)
- Proof of Debt – CWR 24