# EXHIBIT 22

| From: | Turetsky, Ian M. |
|---|---|
| Sent: | Friday, August 8, 2025 2:56 PM |
| To: | CDAF Core |
| Cc: | Charitable DAF Team (S) |
| Subject: | FW: Charitable DAF Holdco, Ltd.--Letter to Hunton Andrews Kurth LLP |
| Attachments: | 2025-08-06 - Hunton Andrews Kurth(207566116.2).pdf |

All,

Please see the below email we received from Hunton Andrews Kurth. We will keep you posted with any further developments.

Thanks.

Ian

**Ian M. Turetsky**
ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

reedsmith.com

**From:** Locher, Scott <SLocher@hunton.com>
**Sent:** Friday, August 8, 2025 2:51:11 PM
**To:** Laffey, Casey D. <CLaffey@ReedSmith.com>
**Subject:** Charitable DAF Holdco, Ltd.--Letter to Hunton Andrews Kurth LLP

**External E-Mail - FROM Locher, Scott <slocher@hunton.com>**

 **This message needs your attention**

• This is their first email to your company.

Report or Mark Safe                    Powered by Mimecast

Mr. Laffey: I'm in Hunton's General Counsel office. I'm writing to acknowledge our receipt of your August 6, 2025 letter to Alex McGeoch. I will be Hunton's point of contact with respect to your letter's request, so please have all further communications about this directed to me. Previously, our General Counsel's office did not receive nor know about your May 8, 2025 letter due to an internal miscommunication, and so I apologize for us not acknowledging receipt of your letter sooner. In the coming days I will be working to get my arms around this internally, and externally.

 **Scott Locher**
Partner
slocher@hunton.com
p 713.220.4416

bio | vCard

Hunton Andrews Kurth LLP
600 Travis Street
Suite 4200
Houston, TX 77002

Hunton.com

2