**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| CHARITABLE DAF HOLDCO, LTD. (In Official Liquidation),[1] | Case No. 25-11376 (BLS) |
| Debtor in a foreign proceeding. | **Re:  D.I. 21, 22, 23, 25, 27** |

**FURTHER SUPPLEMENTAL DECLARATION OF MARGOT MACINNIS IN SUPPORT OF MOTION OF PETITIONERS FOR ENTRY OF AN ORDER GRANTING PROVISIONAL RELIEF COMPELLING TURNOVER OF THE DEBTOR'S BOOKS AND RECORDS PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A), 542, 1519 AND 1521**

I, Margot MacInnis, pursuant to 28 U.S.C. § 1746, hereby declare (this "Further Supplemental Declaration") under penalty of perjury under the laws of the United States of America, that the following is true and correct to the best of my knowledge and belief:

1.      On August 27, 2025, the Petitioners, through their counsel, filed the *Motion of Petitioners for Entry of Order Granting Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(a), 542, 1519 and 1521* [D.I. 21] (the "Motion").[2]  On September 4, 2025, the following responses to the Motion were filed: (1) *Hunton Andrews Kurth LLP's Response and Limited Objection to Motion of Petitioners for Entry of Order Granting Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(A), 542, 1519 and 1521* [D.I. 25] (the "Hunton Limited Objection"); and (2) *CDM Parties' (A) Emergency Cross Motion for Adjournment of Motion of Petitioners for Entry of Order Granting Provisional Relief Compelling Turnover of the Debtor's*

---

[1]  The Debtor is incorporated in the Cayman Islands as an exempted company and registered with registration number 263805.  The Debtor's registered office is located at HSM Corporate Services Limited, P.O. Box 31726, 68 Fort Street, George Town, Grand Cayman, KY1-1207, Cayman Islands.

*Books and Records Pursuant to Bankruptcy Code Sections 105(A), 542, 1519 and 1521 and (B)*
*Limited Objection and Reservation of Rights with Respect Thereto* [D.I. 27] (the "Cross-Motion
and Limited Objection," and together with the "Hunton Limited Objection," the "Responses").  I
have reviewed the Responses and would like to supplement my declaration [D.I. 22] in further
support of the Motion and the Petitioners' "Omnibus Reply," filed concurrently herewith.[3]

2.      Expressly preserving the right to seek provisional relief in this Chapter 15 Case was
critical to the JOLs in agreeing to the Stipulation because, while the parties expected the Injunction
Summons Hearing and, in turn, the Adjourned Recognition Hearing Date to be scheduled in late
September or early October based on the Cayman Court's availability, the hearing date had not
been determined.  Accordingly, it was and remains critical for the JOLs to maintain flexibility to
progress the Chapter 15 Case during the gap period.

3.      When the JOLs agreed to adjourn the recognition hearing, originally scheduled for
August 14, 2025, the JOLs never expected that, as of September 8, 2025, the Adjourned
Recognition Hearing Date would still not be known. The JOLs now understand that the Injunction
Summons Hearing may not be scheduled until mid-December, approximately three (3) months
after September 18, 2025, which the parties identified as the earliest, initial date to return to the
Cayman Court.

4.      Delay needlessly interferes in the JOLs' ability to take steps in the liquidation and
increases the expense of liquidation, which drains and jeopardizes HoldCo's assets and harms its
creditors.  Provisional Relief is urgently needed to protect both HoldCo's assets and the interests
of its creditors.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or
the Omnibus Reply, as applicable.

- 3 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 8, 2025
   Cayman Islands

/s/ Margot MacInnis
MARGOT MACINNIS


*Joint Official Liquidator of*
*Charitable DAF HoldCo, Ltd*
*(in Official Liquidation)*