**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| CHARITABLE DAF HOLDCO, LTD. (In Official Liquidation),[1] | Case No. 25-11376 (BLS) |
| | **Re: D.I. 21** |
| Debtor in a foreign proceeding. | |

**NOTICE OF FILING OF *REVISED* PROPOSED ORDER**
**GRANTING PROVISIONAL RELIEF COMPELLING TURNOVER**
**OF THE DEBTOR'S BOOKS AND RECORDS PURSUANT TO**
**BANKRUPTCY CODE SECTIONS 105(A), 542, 1519 AND 1521**

**PLEASE TAKE NOTICE** that on August 27, 2025, Margot MacInnis and Sandipan Bhowmik of Grant Thornton Specialist Services (Cayman) Limited (the "Petitioners"), the duly appointed joint official liquidators of Charitable DAF HoldCo, Ltd (In Official Liquidation), filed the *Motion of Petitioners for Entry of Order Granting Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(a), 542, 1519 and 1521* [D.I. 21] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A proposed form of order approving the Motion was attached thereto as Exhibit A (the "Proposed Order"). A hearing to consider the Motion is scheduled for September 10, 2025, at 11:00 a.m. (ET) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Petitioners have agreed to modify the Proposed Order in an effort to address various responses raised by certain parties. Such modifications are memorialized in the revised form of order attached hereto as **Exhibit A** (the "Revised Proposed Order"). For the convenience of the Court and other interested parties, attached

---

[1]   The Debtor is incorporated in the Cayman Islands as an exempted company and registered with registration number 263805. The Debtor's registered office is located at HSM Corporate Services Limited, P.O. Box 31726, 68 Fort Street, George Town, Grand Cayman, KY1-1207, Cayman Islands.

hereto as **Exhibit B** is a blackline comparing the Revised Proposed Order against the Proposed

Order.  The Petitioners continue to work towards a consensual form of order with various parties.

**PLEASE TAKE FURTHER NOTICE** that the Petitioners intend to seek entry of the

Revised Proposed Order, in substantially the form attached hereto, at the Hearing.  The Petitioners

reserve all rights to further revise or modify the Revised Proposed Order at, prior to, or after the

Hearing.

Dated:  September 8, 2025                                Respectfully submitted,
         Wilmington, Delaware

                                                   **REED SMITH LLP**

By:    */s/ Jason D. Angelo*
        Jason D. Angelo (No. 6009)
        1201 North Market Street, Suite 1500
        Wilmington, DE 19801
        Telephone: +1.302.778.7500
        Facsimile:  +1.302.778.7575
        E-mail:  jangelo@reedsmith.com

        -and-

        Casey Laffey, Esq. (admitted *pro hac vice*)
        Aaron Javian, Esq. (admitted *pro hac vice*)
        Ian M. Turetsky, Esq. (admitted *pro hac vice*)
        Richard C. Solow, Esq. (admitted *pro hac vice*)
        **REED SMITH LLP**
        599 Lexington Avenue
        New York, NY 100220
        Telephone: +1.212.521.5400
        Facsimile:  +1.212.521.5450
        E-mail:  claffey@reedsmith.com
                ajavian@reedsmith.com
                ituretsky@reedsmith.com
                rsolow@reedsmith.com

        *Counsel to Margot MacInnis and Sandipan*
        *Bhowmik, as Joint Official Liquidators of*
        *Chapter 15 Debtor*