# EXHIBIT 1

Digitally signed by Advance Performance Exponents Inc.
Date: 2025.08.19 15:18:00 -05:00
Reason: Apex Certified
Location: Apex



**ND COURT OF THE CAYMAN ISLANDS**

**SERVICES DIVISION**

**CAUSE NO.: FSD 116 of 2025 (JAJ)**

**IN THE MATTER OF SECTION 107 OF THE COMPANIES ACT (2025 REVISION)**

**AND IN THE MATTER OF ORDER 5 OF THE COMPANIES WINDING UP RULES (2023 CONSOLIDATION)**

**AND IN THE MATTER OF CHARITABLE DAF HOLDCO, LTD (IN OFFICIAL LIQUIDATION)**

---

**SUMMONS**

---

Let all parties concerned attend before the Honourable Justice Asif KC in Chambers at the Law Courts, George Town, Grand Cayman on 2025, upon an application by DFW Charitable Foundation (**DFW**) being a non-profit, charitable corporation registered in the State of Delaware, United States of America, under s.501(c)(3) of Title 26 of the United States Code (the Internal Revenue Code 1986) and a contributory of the Company, Charitable DAF Holdco, Ltd (in official liquidation) for the following orders and directions, namely that:

1. Margot MacInnis and Sandipan Bhowmik, the current Joint Official Liquidators of the Company (**Previous JOLs**) be removed as joint official liquidators and Jeffery Stower and Neema Griffin of Teneo (Cayman) Ltd, Ground Floor, Harbour Place, 103 South Church Street, P.O. Box 10245, George Town Grand Cayman, KY1-1003, Cayman Islands be appointed as the replacement joint official liquidators of the Company (**Replacement JOLs**).

This Summons was issued by Baker & Partners (Cayman) Limited, PO Box 636, Buckingham Square, 720 West Bay Road, Cayman Islands, KY1-1107 for and on behalf of DFW Charitable Foundation.

2. Save for paragraph 2 of the Order dated 6 May 2025 appointing the Previous JOLs (**Appointment Order**), the Appointment Order shall apply mutatis mutandis to the Replacement JOLs.

3. The Previous JOLs shall, forthwith, deliver to the Replacement JOLs the Company's books and records and a copy of the Previous JOLs' liquidation files.

4. The Previous JOLs shall, within 28 days of the Replacement Order, prepare and deliver to the Court a report and accounts.

5. Such other orders and directions as this Court considers appropriate.

6. Further or other relief.

7. An order that the costs of and occasioned by this Summons be provided for.

Dated this 19th day of August 2025

Baker & Partners (Cayman) Limited

**Baker & Partners (Cayman) Limited**

**TO:** The Registrar of the Financial Services Division

**AND TO:** Maples & Calder (Cayman) LLP, Attorneys-at-Law for the Previous JOLs

Kobre & Kim (Cayman), Attorneys-at-Law Paul Murphy

Campbells, Attorneys for Mark Patrick (Management Shareholder of the Company) and CDM CFAD LLC; CDH GP, Ltd (as General Partner for and on

This Summons was issued by Baker & Partners (Cayman) Limited, PO Box 636, Buckingham Square, 720 West Bay Road, Cayman Islands, KY1-1107 for and on behalf of DFW Charitable Foundation.

behalf of Charitable DAF Fund, LP and in its capacity as General Partner); CLO Holdco, Ltd.

Carey Olsen, Attorneys-at-Law for Highland Dallas Foundation, Inc., Highland Kansas City Foundation, Inc. and Highland Santa Barbara Foundation, Inc.

TIME ESTIMATE: The estimated length of the hearing of this Summons is 2 days

This Summons was issued by Baker & Partners (Cayman) Limited, PO Box 636, Buckingham Square, 720 West Bay Road, Cayman Islands, KY1-1107 for and on behalf of DFW Charitable Foundation.