# EXHIBIT B

**CAUSE NO. FSD. 30 of 2024 (JAJ)**

**IN THE GRAND COURT OF THE CAYMAN ISLANDS**

**FINANCIAL SERVICES DIVISION**

**IN THE MATTER OF THE COMPANIES ACT (2023 REVISION)**

**AND IN THE MATTER OF FARFETCH LIMITED**

**BEFORE THE HONOURABLE MR JUSTICE ASIF KC**

---

**WINDING UP ORDER**

---

**UPON** the petition of Wilmington Trust, National Association that the Company be wound up under the supervision of the Court pursuant to section 92(d) of the Companies Act (2023 Revision)

**AND UPON** reading the affidavits of Fiona Huntriss dated 1 February 2024 and 6 February 2024, the affidavits of Alexander Lawson and Christopher Kennedy both dated 19 January 2024, and the exhibits thereto

**AND UPON** reading the letter from the Company's attorneys to the petitioner dated 8 February 2024 confirming the Company's position that it should be wound up on the basis that it is unable to pay its debts

**AND UPON** hearing Leading Counsel for the petitioner

**AND UPON** the Court being satisfied that the Company is unable to pay its debts, and should be wound up, and that Messrs Lawson and Kennedy are qualified insolvency practitioners who are willing and properly able to accept appointment as joint official liquidators of the Company



FSD2024-0030 Page 1 of 3 2024-02-13

Filed: 15-Feb-2024 10:27 EST
Auth Code: C60765168901
www.verify.gov.ky File#: 336922

**IT IS HEREBY ORDERED THAT**:

1. Advertisement of the petition pursuant to Companies Winding Up Rules (2023 Consolidation) Order 3, Rule 6(1) and (2) is dispensed with.

2. The Company be wound up by the Court pursuant to section 92(d) of the Companies Act.

3. Alexander Lawson and Christopher Kennedy of Alvarez & Marsal Cayman Islands Limited, Flagship Building, PO Box 2507, 2nd Floor, 142 Seafarers Way, George Town, Grand Cayman KY1-1104, Cayman Islands, be appointed as Joint Official Liquidators of the Company, with the power to act jointly and severally.

4. The Joint Official Liquidators shall not be required to give security for their appointment.

5. In addition to the powers prescribed in Part II of the Third Schedule to the Companies Act (2023 Revision) which are exercisable without sanction of this Court, the Joint Official Liquidators may also without further sanction or intervention from this Court, take any such action as may be necessary or desirable to obtain recognition of their appointment in the United Kingdom and/or in the United States of America and to make applications to the courts of those jurisdictions for that purpose.

6. The Joint Official Liquidators be at liberty to appoint such counsel, attorneys, professional advisors, and/or any other staff or agents, whether in the Cayman Islands, in the United Kingdom and/or in the United States of America, as they may reasonably consider necessary to advise and assist them in the performance of their duties and on such reasonable terms as they may think fit and to remunerate them out in respect of their reasonable fees and expenses of the assets of the Company.

7. The powers granted to the Joint Official Liquidators may be exercised by them within and outside the Cayman Islands.

8. The Joint Official Liquidators' reasonable remuneration and expenses be paid out of the assets of the Company in accordance with the Companies Winding Up Rules (2023 Consolidation) and Part II of the Insolvency Practitioners' Regulations 2018.

9. The Joint Official Liquidators be at liberty to apply generally.

GENERAL REGISTRY CAYMAN ISLANDS



Filed: 15-Feb-2024 10:27 EST

www.verify.gov.ky File#: 336922

Auth Code: C60765168901

10. The Petitioner's costs of and incidental to the Petition be paid forthwith out of the assets of the Company as an expense of the liquidation.

**Dated 9 February 2024**

Filed day of February 2024

________________________________________

**THE HONOURABLE JUSTICE ASIF KC**

**JUDGE OF THE GRAND COURT, FINANCIAL SERVICES DIVISION**



GENERAL REGISTRY CAYMAN ISLANDS
Filed: 15-Feb-2024 10:27 EST
Auth Code: C60765168901
www.verify.gov.ky File#: 336922