**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARITABLE DAF HOLDCO, LTD.<br>(In Official Liquidation),[1]<br><br>Debtor in a foreign proceeding. | Chapter 15<br><br>Case No. 25-11376 (BLS) |

**_AMENDED_[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 27, 2026, AT 10:00 A.M. (EASTERN) BEFORE THE HONORABLE BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Shannon's Chambers Procedures and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Shannon's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool (available here or on the court's website at www.deb.uscourts.gov)**

**MATTER GOING FORWARD**

1. Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [D.I. 3; Filed on July 21, 2025].

   **Objection Deadline**: extended to July 27, 2026 at 4:00 p.m. (ET) for all parties; extended to August 3, 2026 at 4:00 p.m. (ET) for the United States Trustee. The Petitioners' Reply deadline was extended to August 17, 2026 at 4:00 p.m. (ET).

---

[1] The Debtor is incorporated in the Cayman Islands as an exempted company and registered with registration number 263805. The Debtor's registered office is located at HSM Corporate Services Limited, P.O. Box 31726, 68 Fort Street, George Town, Grand Cayman, KY1-1207, Cayman Islands.

[2] **Amended items appear in bolded text.**

**<u>Responses/Replies Received</u>:**

A. CDM Parties' Objection to the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [D.I. 46; Filed on July 27, 2026].

B. Declaration of Mark Patrick in Support of CDM Parties' Objection to the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [D.I. 47; Filed on July 27, 2026].

C. Declaration of Paul Murphy in Support of CDM Parties' Objection to the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [D.I. 48; Filed on July 27, 2026].

D. Petitioners' Reply in Support of Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [D.I. 50; Filed on August 17, 2026].

E. Declaration of Margot MacInnis in Support of Reply to CDM Entities' Objection to Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [D.I. 51; Filed on August 17, 2026].

F. Declaration of Caroline Moran in Support of the Reply to the Objection to the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief [D.I. 52; Filed on August 17, 2026].

G. **Declaration of Mark Goodman in Support of CDM Parties' Objection to the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [D.I. 56; Filed on August 25, 2026].**

H. **Supplemental Declaration of Caroline Moran in Support of the Reply to the Objection to the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief [D.I. 59; Filed on August 26, 2026].**

**<u>Related Documents</u>**:

A. Chapter 15 Petition for Recognition of a Foreign Proceeding [D.I. 1; Filed on July 21, 2025

B. Declaration of Margot MacInnis in Support of Chapter 15 Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [D.I. 4; Filed on July 21, 2025].

C. Declaration of Caroline Moran as Cayman Islands Counsel to the Debtor in Support of the Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code to the Honorable United States Bankruptcy Judge [D.I. 5; Filed on July 21, 2025].

D. Motion of Petitioners for Entry of an Order Scheduling a Hearing on Chapter 15 Petition for Recognition and Related Relief and Specifying Form and Manner of Service of Notice [D.I. 6; Filed on July 22, 2025].

E. Certification of Counsel Submitting Revised Order Scheduling a Hearing on Chapter 15 Petition and Related Relief and Specifying Form and Manner of Service of Notice [D.I. 7; Filed on July 23, 2025].

F. Order Scheduling a Hearing on Chapter 15 Petition and Related Relief and Specifying Form and Manner of Service of Notice [D.I. 8; Filed on July 24, 2025].

G. Certification of Counsel Regarding Agreed Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code [D.I. 18; Filed on August 4, 2025].

H. Order Approving Stipulation and Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code [D.I. 19; Filed on August 5, 2025].

I. Motion of Petitioners for Entry of Order Granting Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(a), 542, 1519 and 1521 [D.I. 21; Filed on August 27, 2025].

J. Declaration of Margot MacInnis in Support of Motion of Petitioners for Entry of Order Granting Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(A), 542, 1519 and 1521 [D.I. 22; Filed on August 27, 2025].

K. Notice of Hearing on Motion of Petitioners for Entry of Order Granting Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(a), 542, 1519 and 1521 [D.I. 23; Filed on August 27, 2025].

L. Hunton and Andrews Kurth LLP's Response and Limited Objection to Motion of Petitioners for Entry of Order Granting Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(a), 542, 1519 and 1521 [D.I. 25; Filed on September 4, 2025].

M. CDM Parties' (A) Emergency Cross Motion for Adjournment of Motion of Petitioners for Entry of Order Granting Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(a), 542, 1519, and 1521 and (B) Limited Objection and Reservation of Rights with Respect Thereto [D.I. 27; Filed on September 4, 2025].

N. CDM Parties' Motion for Entry of an Order Shortening the Notice and Objection Periods with Respect to the Emergency Cross Motion [D.I. 28; Filed on September 4, 2025].

O. Petitioners': (I) Omnibus Reply in Support of Motion of Petitioners for Entry of an Order Granting Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(a), 542, 1519 and 1521; and (II) Objection to the Patrick Entities' Emergency Cross Motion for Adjournment of Motion [D.I. 31; Filed on September 8, 2025].

P. Further Supplemental Declaration of Margot MacInnis in Support of Motion of Petitioners for Entry of an Order Granting Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(a), 542, 1519 and 1521 [D.I. 32; Filed on September 8, 2025].

Q. Notice of Filing of Revised Proposed Order Granting Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(a), 542, 1519 and 1521 [D.I. 33; Filed on September 8, 2025].

R. Certification of Counsel Submitting Revised Order Granting Motion for Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(a), 542, 1519 and 1521 [D.I. 37; Filed on September 17, 2025].

S. Order Granting Motion for Provisional Relief Compelling Turnover of the Debtor's Books and Records Pursuant to Bankruptcy Code Sections 105(a), 542, 1519 and 1521 [D.I. 38; Filed on September 18, 2025].

T. Notice of Hearing on Petition Seeking Recognition of Foreign Proceeding and Related Relief Pursuant to Chapter 15 of the United States Bankruptcy Code [D.I. 40; Filed on December 9, 2025].

U. Amended Notice of Hearing on Petition Seeking Recognition of Foreign Proceeding and Related Relief Pursuant to Chapter 15 of the United States Bankruptcy Code [D.I. 42; Filed on February 10, 2026].

V. Second Amended Notice of Hearing on Petition Seeking Recognition of Foreign Proceeding and Related Relief Pursuant to Chapter 15 of the United States Bankruptcy Code [D.I. 44; Filed on March 3, 2026].

W. Notice of Filing of Amended Recognition Order [D.I. 53; Filed on August 17, 2026].

X. **Petitioners' and CDM Parties' Witness and Exhibit List for the Hearing Scheduled on August 27, 2026 at 10:00 A.M. (Eastern) [D.I. 60; Filed on August 26, 2026].**

**Status**: This matter will be going forward.

Dated: August 26, 2026
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Jason D. Angelo*

Jason D. Angelo (No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: +1.302.778.7500
Facsimile: +1.302.778.7575
E-mail: jangelo@reedsmith.com

-and-

Casey Laffey, Esq. (admitted *pro hac vice*)
Aaron Javian, Esq. (admitted *pro hac vice*)
Ian M. Turetsky, Esq. (admitted *pro hac vice*)
Richard C. Solow, Esq. (admitted *pro hac vice*)
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 100220
Telephone: +1.212.521.5400
Facsimile: +1.212.521.5450
E-mail: claffey@reedsmith.com
ajavian@reedsmith.com
ituretsky@reedsmith.com
rsolow@reedsmith.com

*Counsel to Margot MacInnis and Sandipan Bhowmik, as Joint Official Liquidators of Chapter 15 Debtor*