**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARITABLE DAF HOLDCO, LTD. (In Official Liquidation),[1]<br><br>Debtor in a foreign proceeding. | Chapter 15<br><br>Case No. 25-11376 (BLS)<br><br>**Re: D.I. 3** |

**CERTIFICATION OF COUNSEL SUBMITTING *REVISED* ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING AND DISCRETIONARY RELIEF**

I, Jason D. Angelo, Esq., of Reed Smith LLP, counsel for Margot MacInnis and Sandipan Bhowmik, solely in their capacities as the duly authorized joint official liquidators and authorized foreign representatives (together, the "Petitioners") of Charitable DAF Holdco, Ltd. (In Official Liquidation), the debtor in the above-captioned chapter 15 case (the "Case"), hereby certifies and states as follows:

1. On July 21, 2025, the undersigned, on behalf of the Petitioners, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") (a) *Official Form 401 Petition* [D.I. 1], and (b) the *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 3] (the "Verified Petition"), along with a draft order granting recognition of the Cayman Proceeding and including other relief (the "Recognition Order").[2]

2. On July 27, 2026, the CDM Parties filed the *CDM Parties' Objection to the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign*

---

[1] The Debtor is incorporated in the Cayman Islands as an exempted company and registered with registration number 263805. The Debtor's registered office is located at HSM Corporate Services Limited, P.O. Box 31726, 68 Fort Street, George Town, Grand Cayman, KY1-1207, Cayman Islands.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Verified Petition, Objection (defined below), or the Reply (defined below), as the case may be.

*Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 46] (the "Objection").

3. On August 17, 2026, the Petitioners filed the *Petitioners' Reply in Support of Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 50] (the "Reply"). Additionally, the Petitioners filed a revised form of Recognition Order [D.I. 53] (the "Revised Recognition Order").

4. On August 27, 2026, the Court held a hearing to consider the Verified Petition, Objection, Reply, and all related filings. On August 28, 2026, the Court issued its bench ruling (the "Bench Ruling"), granting the Petitioners' relief set forth in the Verified Petition and Reply, and overruling the Objection.

5. Consistent with the record made at the Bench Ruling, the Petitioners have further revised the Revised Recognition Order (the "Further Revised Recognition Order"), and such Further Revised Recognition Order is attached hereto as **Exhibit A**.

6. For the convenience of the Court and all parties in interest, a blackline of the Further Revised Recognition Order marked against the Revised Recognition Order is attached hereto as **Exhibit B**.

7. A copy of the Further Revised Recognition Order has been circulated to the United States Trustee for the District of Delaware and counsel for the CDM Parties, and the aforementioned parties do not object to the entry of the Further Revised Recognition Order.

**WHEREFORE**, the Petitioners respectfully request that the Court enter the Further Revised Recogntion Order, substantially in the form attached as **Exhibit A**, at its earliest convenience.

Dated: August 31, 2026
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Jason D. Angelo*
Jason D. Angelo (No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: +1.302.778.7500
Facsimile: +1.302.778.7575
E-mail: jangelo@reedsmith.com

-and-

Casey Laffey, Esq. (admitted *pro hac vice*)
Aaron Javian, Esq. (admitted *pro hac vice*)
Ian M. Turetsky, Esq. (admitted *pro hac vice*)
Richard C. Solow, Esq. (admitted *pro hac vice*)
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 100220
Telephone: +1.212.521.5400
Facsimile: +1.212.521.5450
E-mail: claffey@reedsmith.com
ajavian@reedsmith.com
ituretsky@reedsmith.com
rsolow@reedsmith.com

*Counsel to Margot MacInnis and Sandipan Bhowmik as Joint Official Liquidators of Chapter 15 Debtor*