**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARITABLE DAF HOLDCO, LTD. (In Official Liquidation),[1]<br><br>Debtor in a foreign proceeding. | Chapter 15<br><br>Case No. 25-11376 (BLS)<br><br>Re: D.I. 3, 74 |

**NOTICE OF INTENT TO SERVE SUBPOENAS**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45 (as incorporated by Federal Rule of Bankruptcy Procedure 9016), Federal Rule of Bankruptcy Procedure 2004, and Paragraph 9 of the *Order Granting Recognition of Foreign Main Proceeding and Discretionary Relief* entered on September 1, 2026 (D.I. 74) (the "Recognition Order") in the above-captioned Chapter 15 case, Margot MacInnis and Sandipan Bhowmik of Grant Thornton Specialist Services (Cayman) Limited, in their capacity as the duly appointed joint official liquidators (the "Petitioners" or "JOLs") and authorized foreign representatives of the above-captioned debtor in a foreign proceeding (the "Debtor"), intend to serve the subpoenas attached hereto as **Exhibits 1** through **12** upon (1) Shields Legal Group, P.C. ("Shields"), (2) Highgate Consulting Group, Inc. d/b/a Skyview Group ("Skyview"), (3) ValueScope, LLC (f/k/a ValueScope, Inc.) ("ValueScope"), (4) Weaver and Tidwell, LLP ("Weaver"), (5) Carrington, Coleman, Sloman & Blumenthal, LLP ("Carrington Coleman"), (6) NexPoint Advisors, L.P. ("NexPoint"), (7) Richards, Layton & Finger, P.A. ("Richards Layton"), (8) SALI Fund Management, LLC ("SALI"), (9) Seyfarth Shaw LLP ("Seyfarth"), (10) Armanino Advisory LLC,

[1] The Debtor is incorporated in the Cayman Islands as an exempted company and registered with registration number 263805. The Debtor's registered office is located at HSM Corporate Services Limited, P.O. Box 31726, 68 Fort Street, George Town, Grand Cayman, KY1-1207, Cayman Islands.

(11) Armanino LLP (together with Armanino Advisory LLC, "Armanino"), and (12) Mercer (US) LLC ("Mercer") seeking production of the documents described in Exhibit A to each subpoena at the date, time, and place set forth therein.

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Civil Procedure 45(a)(4), this Notice and a copy of each subpoena are being served on each party identified on the attached Service List before the subpoenas are served on the persons to whom they are directed.

PLEASE TAKE FURTHER NOTICE that, as provided in Paragraph 9 of the Recognition Order, the subpoenas remain subject to all objection rights, privileges, and defenses available to the recipients thereof under the applicable Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, as incorporated by the Federal Rules of Bankruptcy Procedure, and any dispute arising between the Petitioners and any recipient shall be resolved in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Dated: October 7, 2026
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

*/s/ Jason D. Angelo*
Jason D. Angelo (Del. No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 1.302.778.7500
Facsimile: 1.302.778.7575
E-mail: jangelo@reedsmith.com

-and-

Casey Laffey, Esq. (admitted *pro hac vice*)
Aaron Javian, Esq. (admitted *pro hac vice*)
Ian M. Turetsky, Esq. (admitted *pro hac vice*)
Richard C. Solow, Esq. (admitted *pro hac vice*)
**REED SMITH LLP**
599 Lexington Avenue

New York, NY 10022
Telephone: 1.212.521.5400
Facsimile: 1.212.521.5450
E-mail: claffey@reedsmith.com
E-mail: ajavian@reedsmith.com
E-mail: ituretsky@reedsmith.com
E-mail: rsolow@reedsmith.com

*Counsel to Margot MacInnis and Sandipan Bhowmik as Joint Official Liquidators of Chapter 15 Debtor*

## CERTIFICATE OF SERVICE

I, Jason D. Angelo, hereby certify that on October 7, 2026, I caused true and correct copies of the foregoing Notice of Intent to Serve Subpoenas, together with copies of each of the subpoenas attached as Exhibits 1 through 12, to be served via the Court's CM/ECF electronic filing system. Registered CM/ECF users are deemed to have consented to electronic service under Local Rule 9036-1 and Federal Rule of Bankruptcy Procedure 9036.

*/s/ Jason D. Angelo*
Jason D. Angelo (Del. No. 6009)