**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| CHARITABLE DAF HOLDCO, LTD. (In Official Liquidation),[1] | Case No. 25-11376 (BLS) |
| Debtor in a foreign proceeding. | Re: D.I. 76, 76-7 |

**NOTICE OF WITHDRAWAL OF**
**SUBPOENA TO RICHARDS, LAYTON & FINGER, P.A.**

**PLEASE TAKE NOTICE THAT** the subpoena (the "Subpoena") issued by Margot MacInnis and Sandipan Bhowmik of Grant Thornton Specialist Services (Cayman) Limited (collectively, the "JOLs"), in their capacity as the duly appointed joint official liquidators and authorized foreign representatives of Charitable DAF Holdco, Ltd., to Richards, Layton & Finger, P.A. on October 7, 2026 [*see* D.I. 76, 76-7], is hereby withdrawn without prejudice. The JOLs expressly reserve their right to re-issue the Subpoena.

*[Signature appears on following page.]*

[1] The Debtor is incorporated in the Cayman Islands as an exempted company and registered with registration number 263805. The Debtor's registered office is located at HSM Corporate Services Limited, P.O. Box 31726, 68 Fort Street, George Town, Grand Cayman, KY1-1207, Cayman Islands.

Dated: October 29, 2026
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Jason D. Angelo*
Jason D. Angelo (No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: +1.302.778.7500
Facsimile: +1.302.778.7575
E-mail: jangelo@reedsmith.com

-and-

Casey Laffey, Esq. (admitted *pro hac vice*)
Aaron Javian, Esq. (admitted *pro hac vice*)
Ian M. Turetsky, Esq. (admitted *pro hac vice*)
Richard C. Solow, Esq. (admitted *pro hac vice*)
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 100220
Telephone: +1.212.521.5400
Facsimile: +1.212.521.5450
E-mail: claffey@reedsmith.com
ajavian@reedsmith.com
ituretsky@reedsmith.com
rsolow@reedsmith.com

*Counsel to Margot MacInnis and Sandipan Bhowmik as Joint Official Liquidators of Chapter 15 Debtor*

**CERTIFICATE OF SERVICE**

I, Jason D. Angelo, hereby certify that on October 29, 2026, I caused true and correct copies of the foregoing notice to be served via the Court's CM/ECF electronic filing system. Registered CM/ECF users are deemed to have consented to electronic service under Local Rule 9036-1 and Federal Rule of Bankruptcy Procedure 9036.

*/s/ Jason D. Angelo*
Jason D. Angelo (Del. No. 6009)